AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC; et al.,

                Plaintiffs,

V.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,

                Defendants.

**SUPPLEMENTAL**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  06 Civil 5936 (GEL)
ECF CASE

TO: (Name and Address of Defendant)

    M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP
    c/o Charles S. Baker, Esq.
    PORTER & HEDGES LLP
    1000 Main Street, 36th Floor
    Houston, TX 77002

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Katherine B. Forrest, Esq.
    CRAVATH, SWAINE & MOORE LLP
    Worldwide Plaza—825 Eighth Avenue
    New York, NY 10019
    (212) 474-1000

an answer to the ^first amended complaint which is herewith served upon you, within ___20___ days after service of this ^supplemental summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ^first amended complaint.

**J. MICHAEL McMAHON**
CLERK

_[signature]_
BY DEPUTY CLERK

JUL 2 6 2007
DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 26, 2007 |
| NAME OF SERVER (PRINT) Robert B. Zwillich | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon counsel (Charles Baker, Esq.) with permission, via Federal Express.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/30/07
Signature of Server: Robert B. Zwillich

Address of Server: 825 8 Ave. NY, NY 10019

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.