UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | No.: 06 CIV. 5936 (GEL) <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on March 17, 2008, I caused to be served a copy of non-party QTrax Inc.'s Motion of Non-Party QTrax's Notice of Motion To Quash Subpoena Pursuant To Federal Rule of Civil Procedure 45(c)(3), Memorandum of Law, and Declarations of Herbert F. Kozlov, Esq. and Allan Klepfisz in Support of QTrax Inc.'s Motion, and Entry of Appearance of Herbert F. Kozlov, Esq. and Lawrence Reina, Esq. for non-party QTrax, Inc. on the following attorneys by ECF and Overnight Delivery:

        Charles S. Baker, Esq.
        Joseph D. Cohen, Esq.
        Porter & Hedges, LLP
        Reliant Energy Plaza
        1000 Main Street, 36th Floor
        Houston, TX 77002
        *Attorneys for Defendants*

Joseph Maddaloni, Jr., Esq.
Lauren Handler, Esq.
Porzio, Bromberg & Newman P.C.
100 Southgate Parkway
Morristown, NJ 07962
*Attorneys for Defendants*

Katherine B. Forrest, Esq.
Teena-Ann V. Sankoorikal, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Attorneys for Plaintiffs*

Karyn Annise Temple, Esq.
Kenneth Lewinn Doroshow, esq.
Recording Industry Association of America
1025 F Street, NW
Washington, DC 2004
*Attorneys for Plaintiffs*

By: ___S/ Lawrence J. Reina_____
      Lawrence J. Reina