UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD
COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

                                              **Plaintiffs,**

          v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON;
GREG BILDSON; and M.J.G. LIME WIRE FAMILY
LIMITED PARTNERSHIP,

                                              **Defendants.**

06 Civ. 5936 (GEL)
ECF CASE

NOTICE OF MOTION

---

        PLEASE TAKE NOTICE that, upon Plaintiffs' Memorandum of Law in Support of Their Motion for Partial Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, the Declaration of Katherine B. Forrest in Support of Plaintiffs' Motion for Partial Summary Judgment, all dated July 18, 2008, and the exhibits submitted therewith, and all prior pleadings and proceedings herein, Plaintiffs hereby move the Court before the Honorable Gerard E. Lynch, at the United States District Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiffs summary judgment on Counts I, II, IV and V of the First Amended Complaint; and granting such other and further relief as the Court deems just and proper.

        Copies of the Redacted First Amended Complaint, the Corrected First Amended Answer of Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton and Greg Bildson, the

Answer of Defendant M.J.G. Lime Wire Family Limited Partnership, and the Stipulation and Order, filed September 13, 2007, are annexed hereto.

Dated: July 18, 2008

CRAVATH, SWAINE & MOORE LLP,

by  /s/ K— B. Forrest
-------------------------------
Katherine B. Forrest
Teena-Ann V. Sankoorikal
Members of The Firm

825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 (fax)
kforrest@cravath.com
tsankoor@cravath.com

*Attorneys for Plaintiffs*

TO:

Charles S. Baker, Esq.
   Porter & Hedges, LLP
      1000 Main Street, 36th Floor
         Houston, TX 77002

Lauren E. Handler, Esq.
   Porzio, Bromberg & Newman, P.C.
      100 Southgate Parkway
         P.O. Box 1997
            Morristown, NJ 07962

*Attorneys for Defendants*