UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> LIME GROUP LLC; MARK GORTON; and GREG BILDSON, and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP <br><br> Defendants. | ECF CASE <br><br> CIVIL ACTION NO. 06 CV. 5936 (GEL) <br><br> **ORDER** |

**GERARD E. LYNCH**, District Judge:

It is hereby ORDERED that:

1. Answering papers to dispositive motions are to be served and filed by **September 12, 2008**.
 Reply papers are to be served and filed by **October 17, 2008**.

 All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gov, **except that memoranda of law in support of and in opposition to dispositive motions shall be limited to 40 pages and reply memoranda shall be limited to 25 pages.** Note that under those rules, two courtesy copies of all motion papers are to be provided to chambers by the movant at the time the reply is filed. It is the responsibility of the movant to make sure that copies of all parties' papers are provided at that time.

 The joint pretrial order shall be filed no later than 30 days after the completion of expert depositions or 30 days after the final decision of any dispositive motion,

1390977v1

whichever date is later, unless a different date is set by order of the Court. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules.

**SO ORDERED.**

Dated: New York, New York
August __4__, 2008.

_____
**GERARD E. LYNCH**
United States District Court