USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD
COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

             Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON;
GREG BILDSON; and M.J.G. LIME WIRE FAMILY
LIMITED PARTNERSHIP,

             Defendants.

ECF CASE

06 Civ. 5936 (GEL)

ORDER

---

**GERARD E. LYNCH**, District Judge:

It is hereby **ORDERED** that:

1.  Answering papers on the parties' dispositive summary judgment motions (filed and served on July 18, 2008) are to be served and filed by **September 26, 2008**. Reply papers are to be served and filed by **October 31, 2008**.

    All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gov, **except that memoranda of law in opposition to the dispositive motions shall be limited to 45 pages.** Note that under those rules, *two* courtesy copies of *all* motion papers are to be provided to chambers by the movant at the time the reply is filed. It is the responsibility of the *movant* to make sure that copies of all parties' papers are provided at that time.

    Any party may request oral argument by letter at the time reply papers are filed. Whether or not requested, the Court will determine whether and when oral argument is to be held.

2.  The joint pretrial order shall be filed no later than 30 days after the completion of expert depositions or 30 days after the final decision of any dispositive motion, whichever date is later, unless a different date is set by order of the Court. The

requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules.

**SO ORDERED.**

Dated: New York, New York
September 19, 2008

_____
GERARD E. LYNCH
United States District Judge