*Lynch, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD
COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

                    Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON;
GREG BILDSON; and M.J.G. LIME WIRE FAMILY
LIMITED PARTNERSHIP,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/08

06 Civ. 5936 (GEL)
ECF CASE

STIPULATION AND ORDER
DISMISSING ACTION AS TO
DEFENDANT GREG BILDSON

IT IS HEREBY STIPULATED that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-entitled action is hereby dismissed as to defendant Greg Bildson without prejudice and without costs to any party. This Stipulation and Order is not intended to, and does not terminate or modify the Stipulated Final Order For Permanent Injunction As To Defendant Greg Bildson, filed on September 30, 2008.

Dated: September 30, 2008

                    CRAVATH, SWAINE & MOORE LLP,

                    by _____
                         Katherine B. Forrest

                825 Eighth Avenue
                  New York, NY 10019-7475
                    (212) 474-1000
                      (212) 474-3700 (fax)
                        kforrest@cravath.com

*Attorneys for Plaintiffs*

KEKER & VAN NEST LLP

by /s/ Steven A. Hirsch
Steven A. Hirsch

710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (fax)
shirsch@kvn.com

*Attorneys for Defendant Greg Bildson*

So Ordered:

/s/ Gerard E. Lynch
Hon. Gerard E. Lynch
United States District Judge

10/1/08