# SEHESTED DECLARATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; BMG MUSIC; CAPITOL
RECORDS, INC.; ELEKTRA ENTERTAINMENT
GROUP INC.; INTERSCOPE RECORDS; LAFACE
RECORDS LLC; MOTOWN RECORD COMPANY,
L.P.; PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC.; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME
WIRE FAMILY LIMITED PARTNERSHIP,

Defendants,

---

ECF CASE

06 Civ. 05936 (GEL)

---

### DECLARATION OF THOMAS SEHESTED IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE DECLARATIONS OF THOMAS SEHESTED, ANDREW KEMPE, AND KATHERYN COGGON FOR PLAINTIFFS' FAILURE TO DISCLOSE FACTUAL WITNESSES AND IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, **THOMAS SEHESTED**, hereby declare as follows:

1.      I am the co-founder and Chief Executive Officer of DtecNet Software

ApS ("DtecNet"). I have personal knowledge of the following facts and, if called and

sworn as a witness, could competently testify thereto.

2.      DtecNet was engaged by the Recording Industry Association of America

("RIAA") on behalf of the plaintiffs in this case after July 18, 2008 to assist in gathering

evidence as to whether copies of the thirty sound recordings ("files") listed in Attachment A to Plaintiffs' Statement of Undisputed Material Facts, dated July 18, 2008 ("Attachment A"), are being shared by LimeWire users.

3.     Attached as an Exhibit to my September 9, 2008 declaration was a spreadsheet showing the dates on which DtecNet used Phex, a peer-to-peer client publicly available for download at http://www.phex.org, and Bearshare, a peer-to-peer client publicly available for download at http://www.bearshare.com, to download copies with identical hashes of each of the files in Attachment A from two different LimeWire users.[1]  Due to a corrupted data file, DtecNet re-performed this task.  Exhibit A to this declaration is an updated spreadsheet presenting the dates on which DtecNet downloaded copies with identical hashes of each of the files in Attachment A from two different LimeWire users.  Exhibit B to this declaration is a CD containing a copy of a sound recording matching each hash provided in Attachment A.

4.     DtecNet used Wireshark, a packet capture client publicly available for download at http://www.wireshark.org, to document the transfer of those files from the LimeWire user to the DtecNet computer, thus, confirming that the file was downloaded from a LimeWire user.  During the transfer of each file in Attachment A, DtecNet utilized Wireshark to "capture" all the data packets transferred between DtecNet's computer and the P2P user.  These "packet capture" or ".pcap" files contain all the data

_____

[1] As I stated in my September 9, 2008 declaration, if two files have the same hash, they are identical.  The probability of two files, not directly copied from one another, having the same SHA-1 hash (the kind of hash used by LimeWire and DtecNet) is $2^{63}$. (*See* http://www.rsa.com/rsalabs/node.asp?id=2927; http://blogs.zdnet.com/Ou/?p=409.) Thus, if two LimeWire users possess a file with identical hashes, one user's file is a copy of the other.  (*See* Sehested 09/09/08 Decl. ¶ 5.)

about the transfer, including the user's IP address and proof that the user transferred the file using a LimeWire P2P client.  In addition, the ".pcap" files contain information about the audio file name, the file hash and the date and time the file was downloaded. Exhibit C to this declaration contains a screen-shot example of a ".pcap" file.  At the request of plaintiffs, I have reviewed each of the ".pcap" files and I confirm that those files indicate that each of the files downloaded by DtecNet (files with identical hashes to each of the files in Attachment A) were transferred from two different LimeWire users.

I declare under penalty of perjury that the foregoing is true and correct.

December 3 , 2008

Thomas Sehested

3

# SEHESTED DECLARATION

# Exhibit A

| Copyright Plaintiff | Artist | Song Title | Album Title | SR |
|---|---|---|---|---|
| Atlantic Recording Corporation | Hootie & The Blowfish | Only Wanna Be With You | Cracked Rear View | 193-960 |
| Atlantic Recording Corporation | Matchbox 20 | Long Day | Yourself or Someone Like You | 227-755 |
| Elektra Entertainment Group Inc. | Keith Sweat | Games | Didn't See Me Coming | 293-086 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| Warner Bros. Records Inc. | Green Day | Pulling Teeth | Dookie | 185-457 |
| Warner Bros. Records Inc. | Linkin Park | Papercut | Hybrid Theory | 288-402 |
| Atlantic Recording Corporation | Ray Charles | I Got A Woman | Pre-72 | |
| Elektra Entertainment Group Inc. | The Doors | Light My Fire | Pre-72 | |
| Interscope Records | No Doubt | Dark Blue | Return Of Saturn | 279-727 |
| Interscope Records | Wallflowers | Hand Me Down | Breach | 214-646 |
| Motown Record Company, L.P. | 98 Degrees | Invisible Man | 98 Degrees | 249-152 |
| Motown Record Company, L.P. | Brian McKnight | Last Dance | Back At One | 279-471 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | George Strait | Lead On | Lead On | 200-310 |
| Motown Record Company, L.P. | Marvin Gaye | You're A Wonderful One | Pre-72 | |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Priority Records LLC | Snoop Dogg | Slow Down | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Virgin Records America, Inc. | Kelis | Game Show | Kaleidoscope | 277-087 |
| Virgin Records America, Inc. | Paula Abdul | Cold Hearted | Forever Your Girl | 93-688 |
| Capitol Records, Inc. | The Beach Boys | Surfer Girl | Pre-72 | |
| Arista Records LLC | Alan Jackson | Someday | Don't Rock the Jukebox | 138-302 |
| Arista Records LLC | Brooks & Dunn | Lost And Found | Brand New Man | 140-290 |
| BMG Music | Lorrie Morgan | He Talks To Me | Leave the Light On | 105-180 |
| BMG Music | SWV | I'm So Into You | It's About Time | 146-905 |
| LaFace Records LLC | OutKast | Mainstream | Atliens | 233-296 |
| LaFace Records LLC | Usher | Final Goodbye | Usher | 200-154 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Anytime You Need A Friend | Music Box | 178-631 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Love | Illmatic | 207-177 |
| SONY BMG MUSIC ENTERTAINMENT | The Byrds | Wasn't Born To Follow | Pre-72 | |

| Copyright Plaintiff | List Download | File Name | File Hash |
|---|---|---|---|
| Atlantic Recording Corporation | 11_24_2008 | Hootie and the blowfish - I Only Wanna Be With You.mp3 | 4G7J6AWYQWUW2LPCKLZFEKSHP4SVVES |
| Atlantic Recording Corporation | 11_22_2008 | Match Box 20 - Long Day.mp3 | CY7357BOPP6XTL3R7EVVQINFICDCCX7 |
| Elektra Entertainment Group Inc. | 11_28_2008 | Keith Sweat - Games.mp3 | 4ECZUHPSAOMPT2A3VLU7D2FHQMCY4DQI |
| Elektra Entertainment Group Inc. | 11_20_2008 | Third Eye Blind - Semi Charmed Life.mp3 | DDGIQANV7TRN2IGBILHEGR7BHFIDPKGVF |
| Warner Bros. Records Inc. | 11_20_2008 | Green Day - Dookie - 06 - Pulling Teeth.mp3 | XCYDL67EVKCOO2QTG2NSWU5P7XXP6II |
| Warner Bros. Records Inc. | 12_01_2008 | LinkinPark - Papercut.mp3 | RHCKC2E47LJ2SMS2LQ2LPODQ42QDDEGO |
| Atlantic Recording Corporation | 11_22_2008 | Ray Charles - I Got A Woman.mp3 | 7RNDMBK26QRLC4QVHE6IKORHX3GOPLY7 |
| Elektra Entertainment Group Inc. | 11_21_2008 | The Doors - Jim Morrison - Light My Fire.MP3 | 2VD5BQOAA2WNN3RYSXIHO6YNKSH2SCRI |
| Interscope Records | 12_01_2008 | 14 - No Doubt - Dark Blue.mp3 | HN8WJ3AW2OH2B864SH7LK2PG723U2LCY |
| Interscope Records | 11_25_2008 | 02. The Wallflowers - Breach - Hand Me Down.mp3 | PD6OXL7OVY7DIG7R2DQVC7FE7H4AAICO |
| Motown Record Company, L.P. | 11_22_2008 | 98 Degrees - Invisible Man.mp3 | 4DUVAK4M42C4XOCKK2SI32S2IQO5F7UQ |
| Motown Record Company, L.P. | 12_01_2008 | Save The Last Dance soundtrack - Brian McKnight - Last Dance.mp3 | VFPHDT22CGN74Z2L6PMWWRUVOC5ESAKJ |
| UMG Recordings, Inc. | 11_21_2008 | Counting Crows - A Long December.mp3 | NJJIRWZ6PS48FW2IGTNH5SN76DL24ZYW7 |
| UMG Recordings, Inc. | 11_24_2008 | George Strait- Lead On.MP3 | IEY2WDICYCBUSMIMT2A7IGA6LWTOU6G7 |
| Motown Record Company, L.P. | 11_30_2008 | Marvin Gaye - You're a Wonderful One (1961).mp3 | XYVWIZT67NWEIHB2XNUJ3A5CIBM7VFDW |
| Capitol Records, Inc. | 11_21_2008 | Everclear - Father of Mine.mp3 | 7DN3TCV4NLN3M3AMPSLG4VNCKS67GBA |
| Capitol Records, Inc. | 11_21_2008 | Frankie Beverly & Maze - Joy And Pain.mp3 | TSD2FKIJS4J77EIAPQBSFU67LRNIPZ2N |
| Priority Records LLC | 12_01_2008 | Snoop Dogg - Da Game Is To Be Sold Not Told - 02. Slow Down.mp3 | DSUCEUCXW6GLQJYVSUUPWHBTKDUUOHQI |
| Virgin Records America, Inc. | 12_01_2008 | 06 - Kelis - Game show.mp3 | GBVUH66K4JX2GLCXQWOI3W2GDVAARWWH |
| Virgin Records America, Inc. | 11_21_2008 | Paula Abdule - Cold Hearted Snake.mp3 | KQDNVVZUVUH2CZAVDRTKFMD3HS32ZFKI |
| Capitol Records, LLC | 11_24_2008 | Beach Boys - Little Surfer Girl.mp3 | TBOE4WTEKZMRDRWZ3YAUPBROK6QAP7FH |
| Arista Records LLC | 11_24_2008 | alan jackson - someday.mp3 | CINAMB32NLC6U4S3P2FT5OJATWKNVRB5 |
| Arista Records LLC | 11_24_2008 | Brooks & Dunn - Lost And Found In A Border Town.mp3 | WB4XHZH2IHNNV36QLJHN5KKETODDXDDK |
| BMG Music | 11_24_2008 | Lorrie Morgan - He Talks To Me.mp3 | JXDHP27FPSXPXVZHA3HPQIJB3U4IGU5 |
| BMG Music | 11_25_2008 | SWV - I'm So Into You.mp3 | LKFQ6SVOYSTAIZSDX7F4MDCZY2BXNSWZ |
| LaFace Records LLC | 11_21_2008 | Outkast - ATLiens - 10 - Mainstream.mp3 | JS3H4VLI2OFUUDVT7ZBSWAYCFH5EPZLZ |
| LaFace Records LLC | 11_26_2008 | Usher - Final Goodbye.mp3 | 4FC3YVHNWPQPW8E4ME3IV5IM4QKVNLT5 |
| SONY BMG MUSIC ENTERTAINMENT | 11_21_2008 | Mariah Carey - Anytime You Need A Friend.mp3 | XKOWBMYGSV6PKCXHCKH2DLNG2VC3POIWY |
| SONY BMG MUSIC ENTERTAINMENT | 11_21_2008 | Nas - Illmatic - 07 - One Love.mp3 | UAEDGIKUUMGQD6WVD4OZ6EVFTSDU6EX |
| SONY BMG MUSIC ENTERTAINMENT | 11_21_2008 | The Byrds - Wasn't Born to Follow.mp3 | 2GEYHOX3WQAVTFH7RM3LGEEG6UV3O3KL |

| Copyright Plaintiff | 2nd Download | File name | File Hash |
|---|---|---|---|
| Atlantic Recording Corporation | 11_24_2008 | I Only Wanna Be With You.mp3 | 4G7J6AWYQWUJW2LPCKLZFEKSHP4SVVE5 |
| Atlantic Recording Corporation | 11_22_2008 | Match Box 20 - Long Day.mp3 | CY73S7BOPPF6XTL3R7EVVQINFJCDCCX7 |
| Elektra Entertainment Group Inc. | 11_28_2008 | Keith Sweat - Games.mp3 | 4ECZUHPSAOMPT2A3VIU7D2FJQMCV4DQJ |
| Elektra Entertainment Group Inc. | 11_21_2008 | Third Eye Blind - Semi Charmed Life.mp3 | DDGJGANT7RN2JGBILH6GR7BHFIDPKGVF |
| Warner Bros. Records Inc. | 11_20_2008 | Green Day - Dookie - 06 - Pulling Teeth.mp3 | XCYDL67EVYKCOO2QTGZNSWU5P7XXP6II |
| Warner Bros. Records Inc. | 11_20_2008 | Linkin Park - Papercut.mp3 | RHCKC2E47LDJ25M52Q2LPODQ42QDDEGO |
| Atlantic Recording Corporation | 11_22_2008 | Ray Charles - I Got A Woman.mp3 | 7RNDMBK26QRLC4QVHE6IKORHX3GOPLY7 |
| Elektra Entertainment Group Inc. | 11_21_2008 | The Doors - Light My Fire.mp3 | ZVD5BQOA42WNN3RYSXHO6YNKSH25CRJ |
| Interscope Records | 12_01_2008 | 14 - No Doubt - Dark Blue.mp3 | HN8WI3AW2OH2B8B4SHPLK2PG723U2LCY |
| Interscope Records | 11_25_2008 | 02. The Wallflowers - Breach - Hand Me Down.mp3 | PD6OXL7OVY7DIG7R2DCVC77FZH4AACO |
| Motown Record Company LLP | 11_22_2008 | 98 Degrees - Invisible Man.mp3 | 4DUVAK4M4ZC4XOCKK25I3Z5Z0Q05F7UQ |
| Motown Record Company LLP | 12_01_2008 | Brian Mcknight - last dance.mp3 | VFPHDT22CGN74ZZL6PMWWRUVOCSE5AKJ |
| UMG Recordings, Inc. | 11_21_2008 | Counting Crows - A Long December.mp3 | NIJIRWZ6PS4BFW2GTNH5SN76DL24ZVW7 |
| UMG Recordings, Inc. | 11_24_2008 | George Strait- Lead On.MP3 | IEY2WDICYCBU5MIMT2A7IG4GLWTOU6G7 |
| Motown Record Company, LLP | 12_01_2008 | Marvin Gaye - You're a Wonderful One (1964).mp3 | XYVWLZT67NWEIH82XNU3ASCIBM7VFDW |
| Capitol Records, Inc. | 11_21_2008 | Everclear- Father of mine.mp3 | 7DN3TCV4NLN3M3AMPSLG4VVNCX5E7GBA |
| Capitol Records, Inc. | 11_21_2008 | Maze featuring Frankie Beverly - Joy And Pain.mp3 | TSD2FKIUS4J77EJAPQB5FU67LRNIP2ZN |
| Priority Records LLC | 12_01_2008 | Snoop Dogg - Da Game Is To Be Sold Not Told - 02. Slow Dow | D5UCEUCXXV6QDJYVSUUPWHBTKDUUOHQI |
| Virgin Records America, Inc. | 12_01_2008 | 06 - Kelis - Game show.mp3 | G8VUJ66K4JX2GJCKQWOI3WZ6DVAARVWH |
| Virgin Records America, Inc. | 11_21_2008 | Paula Abdul - Cold Hearted Snake.mp3 | KQDNVVZUVUH2CZAVDRTKFMD3HS322FKI |
| Capitol Records, Inc. | 11_24_2008 | The Beach Boys - Little Surfer Girl.mp3 | TBOE4WTEKZMRDRW23YAUPRROK6QAP7FH |
| Arista Records LLC | 11_22_2008 | Alan Jackson - someday.mp3 | CINAMB3ZNLG6U4S3P2FT5OJATWKNYRB5 |
| Arista Records LLC | 11_24_2008 | Brooks & Dunn - Lost And Found In A Border Town.mp3 | WB4XHZJ2HNNV36QLJHN5KKETODDXDDK |
| BMG Music | 12_01_2008 | He Talks To Me.mp3 | JXDHPZ7FPSXPXVZHA3HPQIJ3DJ4UGU5 |
| BMG Music | 11_25_2008 | SWV - I'm So Into You.mp3 | LKFQ6SVOYSTAIZSDK7T4MDCZY28XNSWZ |
| LaFace Records LLC | 11_21_2008 | Outkast - ATLiens - 10 - Mainstream.mp3 | JS3H4VLI2OFUUDVT72BSWAYCFH5EP2LZ |
| LaFace Records LLC | 11_25_2008 | Usher - Final Goodbye.mp3 | 4FC3YVHNWPQPWBE4ME3IV5IM4QKVNLT5 |
| SONY BMG MUSIC ENTERTAINMENT | 11_21_2008 | Mariah Carey - Anytime You Need A Friend.mp3 | XKOWBMYGSV6PXKCKH2DLNG2VC33PQIWY |
| SONY BMG MUSIC ENTERTAINMENT | 11_21_2008 | Nas - Illmatic - 07 - One Love.mp3 | UAEDGIKUUWGQD6WVD4OZ6EVFTSDU6EX |
| SONY BMG MUSIC ENTERTAINMENT | 11_24_2008 | The Byrds - Wasn't Born to Follow - Easy Rider.mp3 | 2GEYHOX5WQAVTFH7RM3LGEEG6IU9O3KL |

# SEHESTED DECLARATION

# Exhibit B



# SEHESTED DECLARATION

# Exhibit C



GET /uri-res/N2R?urn:sha1:XYVWJZT67NWEIHB2XNJJ3ASCIBM7VFDW HTTP/1.1
User-Agent: Phex 3.2.6.106
Host: 84.196.24.70:28870
Range: bytes=1212416-1228799
X-Queue: 0.1
Connection: Keep-Alive

HTTP/1.1 206 Partial Content
Server: Limewire/4.13.0 (Pro)
Content-Type: application/binary
Content-Length: 16384
Date: Mon, 1 Dec 2008 17:40:01 GMT
Content-Disposition: attachment; filename="Marvin%20Gaye%20-%20You%27re%20a%20Wonderful
%20one%201964.mp3"
Content-Range: bytes 1212416-1228799/2687095
X-Gnutella-Content-URN: urn:sha1:XYVWJZT67NWEIHB2XNJJ3ASCIBM7VFDW
X-Create-Time: 1225615397828
X-Features: fwalt/0.1, chat/0.1, browse/1.0