Michael S. Sommer
Tonia O. Klausner
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel:  (212) 999-5800
Fax:  (212) 999-5899

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. 06 CV 5936 (KMW)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

> Please enter my appearance as counsel in this case for Defendants **Lime Wire LLC, Lime Group LLC, Mark Gorton and M.J.G Lime Wire Family Limited Partnership**.
>
> I certify that I am admitted to practice in this Court.

Dated:  March 12, 2010

        /s/ Michael S. Sommer
Michael S. Sommer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel:  (212) 999-5800
Fax:  (212) 999-5899
msommer@wsgr.com

*Attorneys for Defendants Lime Wire LLC,
Lime Group LLC, Mark Gorton and M.J.G
Lime Wire Family Limited Partnership*