```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; BMG MUSIC; CAPITOL
RECORDS, INC; ELEKTRA ENTERTAINMENT
GROUP INC; INTERSCOPE RECORDS; LAFACE
RECORDS LLC; MOTOWN RECORD COMPANY,
L.P.; PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and          06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                        Plaintiffs,             ORDER


-against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                        Defendants.
----------------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/10

KIMBA M. WOOD, U.S.D.J.:

On request of the parties, the status conference currently scheduled for June 1, 2010, is adjourned. The status conference will take place on June 7, 2010, at 11:00 am.

The parties shall submit by June 2, 2010 the following information in a joint letter: (a) an agenda of the issues the parties wish to address with the Court at the status conference; (b) a proposed schedule for any discovery, and any motions and briefing; and (c) a proposed date for trial.

SO ORDERED.

Dated: New York, New York
       May 17, 2010

                                                                                             /s/ Kimba M. Wood
                                                                                             Kimba M. Wood
                                                                                             United States District Judge