

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

RECEIVED MAY 17 2010 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

May 14, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/10

**VIA HAND DELIVERY**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Arista Records LLC et al. v. Lime Wire LLC et al.*
No. 06 Civ. 5936 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

We represent the Lime Wire defendants in the above-referenced action. In light of a scheduling conflict, we write to request that the status conference currently scheduled for June 1, 2010 at 11:00 a.m. be moved to June 7, 2010. Counsel for the plaintiffs, Glenn Pomerantz, has confirmed that the plaintiffs have no objection to the proposed date change. In addition, we understand that local counsel for the plaintiffs has confirmed the Court's availability on June 7, 2010.

Thank you for Your Honor's consideration.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI, P.C.

Lucy Yen

cc: Glenn D. Pomerantz (via e-mail)
Robert W. Clarida (via e-mail)

*The request is granted. The status conference shall be held on June 7, 2010, at 11:00 am.*

**SO ORDERED:** 5-17-10

Kimba M. Wood
**KIMBA M. WOOD**
**U.S.D.J.**

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.