UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06 CV 5936 (KMW) ECF Case |
| Plaintiffs, |
| v. |
| LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, |
| Defendants. |

**DEFENDANTS LIME WIRE LLC, LIME GROUP LLC, AND MARK GORTON'S NOTICE OF MOTION AND MOTION TO RECONSIDER THE COURT'S MAY 11, 2010 ORDER AS AMENDED ON MAY 25, 2010**

Michael S. Sommer
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
msommer@wsgr.com; tklausner@wsgr.com

Colleen Bal (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Tel: (415) 947-2000
Fax: (415) 947-2099
cbal@wsgr.com

*Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support, Defendants Lime Wire LLC, Lime Group LLC, and Mark Gorton hereby move this Court before the Honorable Kimba M. Wood, United States District Judge, United States District Court, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 60(b) and Local Rule 6.3 granting reconsideration of the Court's May 11, 2010 Order as amended on May 25, 2010, denying Plaintiffs' motion for summary judgment on their inducement, common law copyright, and unfair competition claims, and granting Defendants' motions of noninfringement.

Respectfully submitted,

Dated: May 26, 2010          By:  /s/  Michael S. Sommer
       New York, New York         Michael S. Sommer

Michael S. Sommer
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Tel:  (212) 999-5800
Fax:  (212) 999-5899
msommer@wsgr.com; tklausner@wsgr.com

Colleen Bal (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Tel:  (415) 947-2000
Fax:  (415) 947-2099
cbal@wsgr.com

*Attorneys for Defendants Lime Wire LLC,*
*Lime Group LLC, Mark Gorton and M.J.G*
*Lime Wire Family Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2010, a copy of the foregoing pleading was filed electronically via the Court's ECF system. Accordingly, notice of this filing will be sent by e-mail to all parties by operation of this ECF system, and parties may access this filing through the Court's ECF System.

Further, a copy of the foregoing pleading was sent to the following via overnight mail:

Susan K. Hellinger
Porter & Hedges, L.L.P.
1000 Main Street
36th Floor
Houston, Texas 77002

Further, a copy of the foregoing pleading was served by hand on the following:

Robert William Clarida
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036

/s/Michael S. Sommer
Michael S. Sommer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
msommer@wsgr.com