## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06 CV 5936 (KMW) ECF Case |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANTS LIME WIRE LLC, LIME GROUP LLC, MARK GORTON, AND M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

Michael S. Sommer
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
msommer@wsgr.com; tklausner@wsgr.com

Colleen Bal (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Tel: (415) 947-2000
Fax: (415) 947-2099
cbal@wsgr.com

*Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

NOTICE TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF
RECORD:

On motion of the parties, the Court entered a Stipulated Protective Order on
March 8, 2007 (the "Protective Order"), a copy of which is on file with the Court (Dkt.
21).  Information produced by a party may be designated under the terms of the
Protective Order if it believes in good faith that it reflects proprietary information which
is not generally known, or if the party has a good faith belief that such materials are
particularly sensitive.  *See* Protective Order ¶¶ 1, 15.  Paragraph 14 of the Protective
Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only
material to the Court to file such material under seal to protect it from disclosure.

Pursuant to the Protective Order, Defendants Lime Wire LLC, Lime Group LLC,
Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership ("Defendants") hereby
move this Court to place under seal, until further order of this Court, the following
documents filed in support of Defendants' Opposition to Plaintiffs' Motion for
Preliminary Injunction Freezing Defendants' Assets:

- Declaration of Anthony M. Lendez and Exhibits A and B attached thereto;

- Declaration of Mark Gorton and Exhibit A attached thereto;

- Declaration of George Searle; and,

- The unredacted, confidential version of Defendants' Opposition to
  Plaintiffs' Motion for Preliminary Injunction Freezing Defendants' Assets.

The above-listed declarations and certain exhibits have been designated by
Defendants as Confidential-Attorney's Eyes Only under the Protective Order.
Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary

Injunction Freezing Defendants' Assets discusses information that has been designated as Confidential-Attorney's Eyes Only.

Accordingly, Defendants respectfully request that the above-listed documents be maintained under seal until further order of this Court.

Respectfully submitted,

Dated:  June 30, 2010                    By: s/ Michael S. Sommer
        New York, New York                   Michael S. Sommer

                                         Michael S. Sommer
                                         Tonia Ouellette Klausner
                                         WILSON SONSINI GOODRICH & ROSATI, P.C.
                                         1301 Avenue of the Americas
                                         40th Floor
                                         New York, New York 10019
                                         Tel:  (212) 999-5800
                                         Fax:  (212) 999-5899
                                         msommer@wsgr.com; tklausner@wsgr.com

                                         Colleen Bal (*pro hac vice*)
                                         WILSON SONSINI GOODRICH & ROSATI, P.C.
                                         Spear Tower, Suite 3300
                                         San Francisco, California 94105
                                         Tel:  (415) 947-2000
                                         Fax:  (415) 947-2099
                                         cbal@wsgr.com

                                         *Attorneys for Defendants Lime Wire LLC,*
                                         *Lime Group LLC, Mark Gorton and M.J.G.*
                                         *Lime Wire Family Limited Partnership*