UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE  RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC  ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                                        Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

## PLAINTIFFS' NOTICE OF MOTION AND
## MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Jonathan H. Blavin *(pro hac vice)*
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100

*Attorneys for Plaintiffs*

Date: July 7, 2010

NOTICE TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Pursuant to the Protective Order entered in this action on March 8, 2007, Plaintiffs hereby move

this Court to place under seal, until further order of this Court, the following documents offered

in support of Plaintiffs' Motion for a Preliminary Injunction Freezing Defendants' Assets:

- Confidential version of the Reply Memorandum of Law (redacted version

    publicly filed)

On motion of the parties, the Court entered a Stipulated Protective Order (the "Protective

Order") on March 8, 2007, concerning information produced in discovery, a copy of which is on

file with the Court (Dkt. 21).  The above-referenced document contains material that has been

designated by the parties as either Confidential or Confidential-Attorney's Eyes Only under the

Protective Order.  Further, in their Opposition, Defendants designated certain material

Confidential under the Protective Order.  Accordingly, Plaintiffs have designated material

responding to and incorporating that material as Confidential under the Protective Order.

Paragraph 14 of the Protective Order requires a party submitting Confidential or

Confidential-Attorney's Eyes Only material to the Court to file such material under seal to

protect it from disclosure.  Accordingly, Plaintiffs respectfully request that the foregoing

document be maintained under seal until further order of this court.


Dated:  July 7, 2010                          Respectfully submitted
            Los Angeles, CA

                                                        _____/s/ Jonathan H. Blavin_____
                                                            Jonathan H. Blavin

                                                        Attorney for Plaintiffs
                                                        Munger, Tolles & Olson LLP
                                                        355 South Grand Avenue, 35th Floor
                                                        Los Angeles, CA 90071-1560
                                                        (213) 683-9100
                                                        (213) 687-3702 (Fax)


-1-