# Cowan, Liebowitz & Latman, P.C.
### LAW OFFICES

1133 Avenue of the Americas • New York, NY 10036-6799

Telephone (212) 790-9200 • Web www.cll.com • Fax (212) 575-0671

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/10

Robert W. Clarida
Direct (212) 790-9266
rwc@cll.com

July 23, 2010

**BY FAX (212) 805-7900**

Hon. Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Arista Records LLC, et al. v. Lime Wire LLC et al.</u>, No. 06 CV 5936 (KMW)

Dear Judge Wood:

We represent plaintiffs in the above-captioned matter. We write to request the Court's permission to bring a laptop computer and a small printer into the courtroom for the hearing on July 29, 2010, together with easels and flip charts. This equipment will facilitate plaintiffs' presentation and expedite the hearing. We thank the Court for its consideration of this request.

*The request is granted. Wood*

Respectfully submitted,

Robert W. Clarida

cc: Michael S. Sommer, Esq. (by fax: (212) 999-5899)

SO ORDERED: 7/26/10

_____
KIMBA M. WOOD
U. S. D. J.

26572/000/1185567.1