UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | Case No. 06 CV 5936 (KMW) <br><br> **ECF Case** <br><br> **PUBLIC VERSION** |

### DECLARATION OF GEORGE SEARLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FREEZING DEFENDANTS' ASSETS

I, George Searle, the undersigned, hereby declare:

1. I am over twenty-one (21) years of age and am of sound mind. I have personal knowledge of the facts stated herein, I am competent to testify thereto, and if called to testify, I could and would testify to the following.

2. I am the Chief Executive of defendant Lime Wire LLC and am familiar with its business and operations.

3. Pre-approval for ordinary course expenditures would cause Lime Wire significant hardship. It would be cumbersome and time-consuming, and depending on the time required for the pre-approval cycle, it could negatively impact and delay required payments such as ■■■■



4. Other outflows relating to ongoing business operations and development include ▇▇▇ – many of which are negotiated, entered into, and paid based on business judgment and under circumstances where time is of the essence.

5. Many of these expenditures support aspects of Lime Wire's business not challenged by Plaintiffs. For example, ▇▇▇. Requiring pre-authorization for all payments by Lime Wire could severely burden Lime Wire's ability to operate even the unchallenged aspects of its business ▇▇▇

6. It would also be a significant burden to Lime Wire if it could not continue making ordinary course payments by credit card. ▇▇▇ Forcing Lime Wire to completely change its method of payment would cause significant disruption to Lime Wire's business, and any delays in or refusals of payment could have a negative impact on its vendor relationships.

7. I have reviewed the most recent (May 31, 2010) balance sheet of Lime Wire, and it reflects ▇▇▇.

I HEREBY DECLARE and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 30th day of June 2010 in New York, New York.

_____
George Searle