**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | Case No. 06 CV 5936 (KMW) <br><br> ECF Case <br><br> **MOTION FOR *PRO HAC VICE* ADMISSION OF LUCY YEN** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Tonia Ouellette Klausner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Lucy Yen |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 1301 Avenue of the Americas, 40th Floor |
| City/State/Zip: | New York, New York 10019 |
| Phone Number: | (212) 999-5800 |
| Fax Number: | (415) 999-5899 |

Ms. Yen is a member in good standing of the Bars of the State of California and the District of Columbia. There are no pending disciplinary proceedings against Ms. Yen in any State or Federal court.

Dated:  August 12, 2010

Respectfully submitted,

Tonia Ouellette Klausner

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York  10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email: tklausner@wsgr.com

*Attorneys for Defendants Lime Wire LLC, Lime
Group LLC, Mark Gorton and M.J.G Lime Wire
Family Limited Partnership*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG MUSIC;
CAPITOL RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

           Plaintiffs,

      v.

LIME WIRE LLC; LIME GROUP LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME
WIRE FAMILY LIMITED PARTNERSHIP,

           Defendants.

Case No. 06 CV 5936 (KMW)

ECF Case

**AFFIRMATION OF TONIA
OUELLETTE KLAUSNER IN SUPPORT
OF MOTION FOR *PRO HAC VICE*
ADMISSION OF LUCY YEN**

I, Tonia Ouellette Klausner, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Lime Wire LLC, Lime Group LLC, Mark Gorton and M.J.G Lime Wire Family Limited Partnership (collectively "Lime Wire") in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Lucy Yen as counsel *pro hac vice* to represent Defendants in this matter.

2.    I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    Ms. Yen is an associate of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., in New York. A true and correct copy of Ms. Yen's Certificate of Good Standing for the Bar of the State of California is attached hereto as Exhibit "A." A true and correct copy of Ms. Yen's Certificate of Good Standing for the Bar of the District of Columbia is attached hereto as Exhibit "B."

4.    I have found Ms. Yen to be a skilled attorney and of high moral character.

5.    Accordingly, I am pleased to move the admission of Lucy Yen, *pro hac vice.*

6.    I respectfully submit a proposed order granting the admission *pro hac vice* of Lucy Yen, which is attached hereto as Exhibit "C."

WHEREFORE it is respectfully requested that the motion to admit Lucy Yen, *pro hac vice*, to represent Defendants in the above-captioned matter be granted.

Dated:  August 12, 2010
       New York, New York

_____
Tonia Ouellette Klausner

# THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 9, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LUCY YEN, #224559 was admitted to the practice of law in this state by the Supreme Court of California on March 31, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
#### 202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia

Court of Appeals, do hereby certify that

LUCY YEN

was on the     7TH    day of          DECEMBER, 2009,

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
5, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
                    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG MUSIC;
CAPITOL RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

                      Plaintiffs,

        v.

LIME WIRE LLC; LIME GROUP LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME
WIRE FAMILY LIMITED PARTNERSHIP,

                      Defendants.

Case No. 06 CV 5936 (KMW)

ECF Case

**ORDER FOR ADMISSION *PRO HAC
VICE* ON WRITTEN MOTION**

Upon the motion of Tonia Ouellette Klausner, attorney for defendants Lime Wire LLC, Lime

Group LLC, Mark Gorton and M.J.G Lime Wire Family Limited Partnership (collectively "Lime

Wire") and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Lucy Yen |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 1301 Avenue of the Americas, 40th Floor |
| City/State/Zip: | New York, New York 10019 |
| Phone Number: | (212) 999-5800 |
| Fax Number: | (212) 999-5899 |

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. This action has been assigned to the Electronic Case Filing (ECF) system, and as such,

counsel shall immediately register for an ECF password.

Dated: August _____, 2010
        New York, New York

_____
        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2010, I caused a true and correct copy of the Motion for

Pro Hac Vice Admission of Lucy Yen to be served via first class mail on:

Robert William Clarida
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036


Glenn D. Pomerantz, Esq.
Munger Tolles & Olson LLP
335 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560

_____
Tonia Ouellette Klausner