# EXHIBIT 4

# In The Matter Of:

*ARISTA RECORDS LLC;  v.*
*LIME WIRE LLC;*

---

*MARK GORTON*
*April 14, 2008*

---

# *CONFIDENTIAL*
# *ATTORNEYS' EYES ONLY*
# *MERRILL LEGAL SOLUTIONS*

*25 West 45th Street - Suite 900*
*New York, NY 10036*
PH: 212-557-7400 / FAX: 212-692-9171

GORTON, MARK - Vol. 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG MUSIC;
CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC;
MOTOWN RECORD COMPANY, LP; PRIORITY
RECORDS LLC; SONY BMG MUSIC UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; and WARNER BROS.
RECORDS INC.,

               Plaintiffs,

                     Civil Action No.
     -against-        06 CIV 05936
                     (GEL)

LIME WIRE LLC; LIME GROUP LLC;
MARK GORTON; GREG BILDSON, and
MJG LIME WIRE FAMILY LIMITED
PARTNERSHIP,

               Defendants.

----------------------------------x

               April 14, 2008
               9:33 a.m.

     CONFIDENTIAL - ATTORNEY'S EYES ONLY

    Videotaped Deposition of MARK GORTON, taken

by Plaintiffs, pursuant to notice, at the

offices of Cravath, Swaine & Moore, LLP, 825

Eighth Avenue, New York, New York, before

SUZANNE PASTOR, a Shorthand Reporter and Notary

Public within and for the State of New York.

77c7328f-4e2c-488c-8463-85d784b23f5d

|            |    |                                                           |
|------------|----|-----------------------------------------------------------|
|            | 1  | MARK GORTON - ATTORNEYS' EYES ONLY                        |
| 12:25:07   | 2  | were there about $13 million and change of                |
| 12:25:10   | 3  | distributions to LimeWire investors in 2007?              |
| 12:25:18   | 4  | A.     Again, I don't really know what                    |
| 12:25:20   | 5  | amount was dividended.  But that strikes me as a          |
| 12:25:23   | 6  | plausible number.                                         |
| 12:25:25   | 7  | Q.     Turn back if you would, please,                    |
| 12:25:26   | 8  | then to the second page of Exhibit number 600.            |
| 12:25:30   | 9  | Have you ever seen spreadsheets of the type that          |
| 12:25:32   | 10 | are contained at pages 677 to 688 insofar as              |
| 12:25:38   | 11 | they relate to distributions?                             |
| 12:25:40   | 12 | A.     No.                                                |
| 12:25:41   | 13 | Q.     Have you ever seen a series --                     |
| 12:25:46   | 14 | strike that.  The very first entry says 9/28/05           |
| 12:25:50   | 15 | and it has MJG LimeWire Family Partnership.  Do           |
| 12:25:54   | 16 | you see that?                                             |
| 12:25:54   | 17 | A.     Yes.                                               |
| 12:25:55   | 18 | Q.     And it's got some distributions and                |
| 12:25:57   | 19 | some information about the North Fork Bank and            |
| 12:25:59   | 20 | it's got some amounts.  Do you see that?                  |
| 12:26:01   | 21 | A.     Yes.                                                |
| 12:26:01   | 22 | Q.     And there's a total number of                      |
| 12:26:04   | 23 | $23,602,375 under the amount --                           |
| 12:26:07   | 24 | A.     Yes.                                                |
| 12:26:08   | 25 | Q.     -- column.                                         |

77c7328f-4e2c-488c-8463-85d784b23f5d

Page 127

| | | |
|---|---|---|
| | 1 | MARK GORTON - ATTORNEYS' EYES ONLY |
| 12:26:09 | 2 | A.    Yes. |
| 12:26:09 | 3 | Q.    To the best of your recollection, |
| 12:26:12 | 4 | has the MJG LimeWire Family Partnership received |
| 12:26:15 | 5 | about $23,602,375 worth of distributions from |
| 12:26:20 | 6 | the LimeWire company? |
| 12:26:23 | 7 | A.    Again, I don't have any sort of net |
| 12:26:27 | 8 | number in my head, so I don't have any |
| 12:26:29 | 9 | recollection.  This strikes me as -- I don't see |
| 12:26:37 | 10 | anything obviously wrong about this page in |
| 12:26:39 | 11 | front of me. |
| 12:26:43 | 12 | Q.    Now, if you turn to Bates numbered |
| 12:26:46 | 13 | page 681, it has a series of entries for Lime |
| 12:26:52 | 14 | Group.  Do you see that? |
| 12:26:54 | 15 | A.    Yup. |
| 12:26:55 | 16 | Q.    And do you see that the very last |
| 12:26:57 | 17 | entry in terms of the chronology is June 24th, |
| 12:27:02 | 18 | 2005? |
| 12:27:03 | 19 | A.    Yes. |
| 12:27:04 | 20 | Q.    Do you recall there being any |
| 12:27:05 | 21 | distributions to Lime Group after June 24th, |
| 12:27:09 | 22 | 2005? |
| 12:27:10 | 23 | A.    Again, I don't think I ever recall |
| 12:27:12 | 24 | any of these distributions at all, so I don't |
| 12:27:16 | 25 | recall the entire class you're asking about, and |

77c7328f-4e2c-488c-8463-85d784b23f5d

```
1              MARK GORTON - ATTORNEYS' EYES ONLY
2                    C E R T I F I C A T E
3    STATE OF NEW YORK   )
4                             : ss.
5    COUNTY OF NEW YORK  )
6
7              I, SUZANNE PASTOR, a Shorthand
8    Reporter and Notary Public within and for the
9    State of New York, do hereby certify:
10             That MARK GORTON, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by the witness.
14             I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage, and that I am in no way
17   interested in the outcome of this matter.
18             IN WITNESS WHEREOF, I have hereunto
19   set my hand this ____ day of _____, 2008.
20
21
22
23             _____
24                  SUZANNE PASTOR
25
```

77c7328f-4e2c-488c-8463-85d784b23f5d