# EXHIBIT 5

| | |
|---|---|
| **From:** | David & Ruth Gorton <rdgor@comcast.net> |
| **Sent:** | Monday, June 27, 2005 10:20 AM |
| **To:** | 'Mark Gorton' <mark@limegroup.com> |
| **Subject:** | lime wire |

We heard the supreme court decision and are not happy. We'll talk to you this evening to commiserate.

Greetings from Longboat

Mom and dad

EXHIBIT
PX-640
4/15/08

LW DE 486874
CONFIDENTIAL