```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and                    06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                          ORDER
                    Plaintiffs,

        -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                    Defendants.
------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

   Plaintiffs are granted leave to file a response to Defendants' letter brief, dated August 20, 2010. Plaintiffs' response is due September 8, 2010. No further briefing as to the now pending discovery disputes shall be accepted. The discovery deadline of September 9, 2010, provided in the Order of August 9, 2010, is hereby changed to September 16, 2010.

   The parties shall, following a meet-and-confer by counsel and no later than September 8, 2010, submit a joint proposed scheduling order containing all discovery and pretrial deadlines. The parties shall include a description of any unresolved scheduling disputes with that submission.

SO ORDERED.

Dated: New York, New York
       August 30, 2010

                                           _____
                                           Kimba M. Wood
                                           United States District Judge