```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG MUSIC;
CAPITOL RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

        Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME
WIRE FAMILY LIMITED PARTNERSHIP,

        Defendants.

Case No. 06 CV 5936 (KMW)

ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Tonia Ouellette Klausner, attorney for defendants Lime Wire LLC, Lime Group LLC, Mark Gorton and M.J.G Lime Wire Family Limited Partnership (collectively "Lime Wire") and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Lucy Yen |
| Firm Name: | Wilson Sonsini Goodrich & Rosati, P.C. |
| Address: | 1301 Avenue of the Americas, 40th Floor |
| City/State/Zip: | New York, New York 10019 |
| Phone Number: | (212) 999-5800 |
| Fax Number: | (212) 999-5899 |

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system, and as such, counsel shall immediately register for an ECF password.

8-31-10

SO ORDERED:

_____
KIMBA M. WOOD
U. S. D. J.