81))835.ı

RD

wft82: Sentswqes -, rdla

@IhLClk k G GOEL p h n

JF: Y

RD M 2 1kf arı

aea 08h8utF D b8ukf v
AeF wosF, GfG Yose IddI0
L81 yoSe: )2In3 an -endd
h8rflNi18: )010t 7uelelII
M mpiF8WmI.1yie.aow

Ch29IJ3 pæe BiEa 2e LLC EiEa Troop hLP
epn6S moeloe. aeh W.L T. E;La Nire Caf ;3u
LiGilJh mor.ureI7iL