UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | 06 Civ. 05936 (KMW) <br> ECF CASE |

**NOTICE OF NAME CHANGE OF PLAINTIFF CAPITOL RECORDS, LLC, FKA CAPITOL RECORDS, INC.**

Glenn D. Pomerantz (*pro hac vice*)
Kelly M. Klaus (*pro hac vice*)
Melinda E. LeMoine
Jonathan H. Blavin (*pro hac vice*)
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100

*Attorneys for Plaintiffs*

11608934.1

TO THE COURT AND DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, since the pleadings were filed in this matter, Plaintiff Capitol Records, Inc. has changed its name. The Plaintiff's name now is "Capitol Records, LLC."

Plaintiffs' pleading captions will henceforth denominate this Plaintiff as "Capitol Records, LLC fka Capitol Records, Inc."

Dated: September 7, 2010  Respectfully submitted,

                                         */s/ Melinda E. LeMoine*
                                          Melinda E. LeMoine

Attorney for Plaintiffs
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
(213) 687-3702 (Fax)

11608934.1