UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>                              Plaintiffs, <br><br>        v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br>                              Defendants. | 06 Civ. 05936 (KMW) <br> ECF CASE |

**JOINT PROPOSED SCHEDULING ORDER AND SUMMARY OF UNRESOLVED SCHEDULING DISPUTES**

11615989.1

Pursuant to the Court's August 31, 2010 Order, the parties, through their respective counsel, have met and conferred regarding remaining discovery and pretrial deadlines.

The parties <u>agree</u> regarding the following discovery and pretrial deadlines:

| Event | Deadline |
|---|---|
| Completion of opening productions per August 9 and August 31, 2010 Orders | September 16, 2010 |
| Last day for parties to serve disclosure of expert witness testimony per Fed. R. Civ. P. 26(a)(2) on any issue where that side bears the burden of proof at trial | September 16, 2010 |
| Last day for parties to exchange and file trial exhibit lists, trial witness lists and designations of deposition testimony for trial | December 17, 2010 |
| Last day for parties to file motions *in limine* | December 29, 2010 |
| Last day for parties to exchange and file objections to trial exhibit lists, trial witness lists and designations of deposition testimony for trial | December 31, 2010 |
| Parties to file pretrial order | January 3, 2011 |
| Last day to file briefs in opposition to motions *in limine* | January 7, 2011 |
| Last day to file reply briefs in support of motions *in limine* | January 11, 2011 |
| Trial | January 18, 2011 |

The parties <u>disagree</u> regarding the following deadlines:

| Event | Plaintiffs' Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Production of any discovery ordered produced from August 20, 2010 briefing | Seven days from the entry of the Court's Order, except for discovery concerning lost profits or affirmative defenses | Production to commence seven days from entry of the Court's Order, and to be completed within 14 days of entry of the Order |
| Completion of remaining discovery*<br><br>*  The parties disagree concerning the scope of this remaining discovery | November 8, 2010 | November 23, 2010 |
| Last day to serve disclosures of rebuttal experts per Fed. R. Civ. P. 26(a)(2) | November 24, 2010 | December 13, 2010 |
| Last day to depose rebuttal experts | December 20, 2010 | December 23, 2010 |

- 2 -

      The parties have set forth their respective positions regarding the unresolved issues in letter delivered to the Court this date.

Dated:  September 8, 2010             Respectfully submitted,

                                               */s/ Glenn D. Pomerantz*
                                                      Glenn D. Pomerantz

                                       Attorney for Plaintiffs
                                         Munger, Tolles & Olson LLP
                                            355 South Grand Avenue, 35th Floor
                                              Los Angeles, California 90071
                                                  (213) 683-9100
                                                    (213) 687-3702 (Fax)

                                               */s/ Joseph T. Baio*
                                                     Joseph T. Baio

                                       Attorney for Defendants
                                         Willkie Farr & Gallagher LLP
                                             787 Seventh Avenue
                                             New York, New York 10019
                                                (212) 728-8000
                                                  (212) 728-8111 (Fax)