UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, f/k/a BMG MUSIC; CAPITAL RECORDS LLC, f/k/a CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, f/k/a SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>Plaintiffs, <br><br>v. <br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br>Defendants. | Case No. 06 CV 5936 (KMW) <br><br>ECF Case <br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF COUNSEL** |

Michael S. Sommer
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
msommer@wsgr.com; tklausner@wsgr.com

Colleen Bal (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Tel: (415) 947-2000
Fax: (415) 947-2099
cbal@wsgr.com

Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership

PLEASE TAKE NOTICE that Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and the M.J.G. Lime Wire Family Limited Partnership hereby move this Court, before the Honorable Kimba M. Wood, at the Courthouse, 500 Pearl Street, New York, New York, pursuant to Local Civil Rule 1.4, for an order allowing Wilson Sonsini Goodrich & Rosati to withdraw as counsel in the above-referenced action.

This Motion will be based upon this Notice of Motion and Motion, Memorandum in Support of Defendants' Motion for Withdrawal of Counsel, and any argument the Court may wish to hear.

Dated: September 14, 2010         Respectfully submitted,


                                  By: /s/Michael S. Sommer
                                      Michael S. Sommer

                                  WILSON SONSINI GOODRICH & ROSATI, P.C.

                                  *Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2010, a copy of the following documents were filed electronically via the Court's ECF system:

Notice of Motion and Motion for Withdrawal of Counsel; dated September 14, 2010;

Memorandum in Support of Motion for Withdrawal of Counsel; dated September 14, 2010; and

Declaration of Michael S. Sommer in Support of Motion for Withdrawal of Counsel; dated September 14, 2010.

                /s/Michael S. Sommer
                Michael S. Sommer
                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation
                1301 Avenue of the Americas, 40th Floor
                New York, New York 10019
                Tel: (212) 999-5800
                Fax: (212) 999-5899
                msommer@wsgr.com