UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, f/k/a BMG MUSIC; CAPITAL RECORDS LLC, f/k/a CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, f/k/a SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,

   Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,

   Defendants.

Case No. 06 CV 5936 (KMW)

ECF Case

**MEMORANDUM IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL**

---

Michael S. Sommer
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
msommer@wsgr.com; tklausner@wsgr.com

Colleen Bal (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Tel: (415) 947-2000
Fax: (415) 947-2099
cbal@wsgr.com

Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership

Pursuant to Local Civil Rule 1.4, Lime Wire LLC, Lime Group LLC, Mark Gorton, and the M.J.G. Lime Wire Family Limited Partnership ("Defendants") respectfully submit this Memorandum in support of their request to allow the withdrawal of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") as counsel for Defendants in this action.

In support of this Motion, Defendants, through the undersigned counsel, state as follows:

1. Since March 12, 2010, the law firm of WSGR has been counsel of record in this action for Defendants. Defendants have changed counsel and have agreed that WSGR should be allowed to withdraw as counsel of record for Defendants. The law firm of Willkie Farr & Gallagher LLP appeared in this action as counsel for Defendants on September 1, 2010 and is serving as counsel of record for Defendants.

2. Defendants, through their counsel, have communicated to counsel for Plaintiffs Defendants' intention to move for withdrawal of WSGR as counsel of record. Plaintiffs' counsel have stated that Plaintiffs have no objections to this Motion, provided that the change of counsel does not delay the proceedings.

3. Granting this Motion will not cause any delay as Defendants will continue to be represented by counsel.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to allow the law firm of WSGR to withdraw as counsel of record for Defendants.

Dated: September 14, 2010               Respectfully submitted,

                                        By: /s/ Michael S. Sommer
                                            Michael S. Sommer

                                        WILSON SONSINI GOODRICH & ROSATI, P.C.

                                        *Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*