UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, f/k/a BMG MUSIC; CAPITAL RECORDS LLC, f/k/a CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, f/k/a SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>Plaintiffs, <br><br>v. <br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br>Defendants. | Case No. 06 CV 5936 (KMW) <br><br>ECF Case <br><br>**DECLARATION OF MICHAEL S. SOMMER IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL** |

Michael S. Sommer
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
msommer@wsgr.com; tklausner@wsgr.com

Colleen Bal (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Tel: (415) 947-2000
Fax: (415) 947-2099
cbal@wsgr.com

Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership

-1-

I, Michael S. Sommer, declare the following to be true under penalty of perjury:

1. I am an attorney duly admitted to practice law before this Court.

2. I am a partner of Wilson Sonsini Goodrich & Rosati. In March 2010, my law firm was retained to act as lead counsel for Lime Wire LLC, Lime Group LLC, Mark Gorton, and the M.J.G. Lime Wire Family Limited Partnership ("Defendants") in the above-referenced action.

3. Defendants have changed counsel and are currently represented in this matter by Joseph T. Baio, Tariq Mundiya, and Todd G. Consenza of Willkie Farr & Gallagher LLP. These attorneys entered their appearances on September 1, 2010 and are currently representing Defendants.

4. Jeffrey R. Farmer, Senior Counsel of Lime Wire LLC, has authorized WSGR and the individual attorneys who have entered appearances in this matter to withdraw as counsel for Defendants.

5. Plaintiffs' counsel have indicated that Plaintiffs have no objections to this Motion, provided that the change of counsel does not delay the proceedings.

6. Granting this Motion will not cause any delay in the proceedings because Defendants will continue to be represented by counsel.

I hereby declare and certify under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct.

Executed: September 14, 2010     By: _____
                                      Michael S. Sommer