USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 9/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ARISTA RECORDS, ET AL

Plaintiff,

-v-

LIME WIRE, ET AL.

Defendant.

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 CV 5936 (KMW)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

_ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____
____ Habeas Corpus
____ Social Security
____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

Dated 9/13/10

SO ORDERED:

/s/ Kimba M. Wood

United States District Judge