UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and            06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                   ORDER
                    Plaintiffs,

        -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                    Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

   On request of the Defendants, the Court orders a pre-motion conference for October 14, 2010, at 1:00 pm, to discuss the Defendants' intention to file a motion for partial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

SO ORDERED.

Dated: New York, New York
       October _8_, 2010

                                                   /s/ Kimba M. Wood
                                                   _____
                                                   Kimba M. Wood
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/10