UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC fka CAPITAL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | 06 Civ. 05936 (KMW) <br> ECF CASE |

## CERTIFICATE OF SERVICE

                                              Glenn D. Pomerantz (*pro hac vice*)
                                              Kelly M. Klaus (*pro hac vice*)
                                              Melinda E. LeMoine
                                              Jonathan H. Blavin (*pro hac vice*)
                                              Munger, Tolles & Olson, LLP
                                              355 South Grand Avenue
                                              Los Angeles, CA 90071
                                              (213) 683-9100

                                              *Attorneys for Plaintiffs*

October 12, 2010

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2010, copies of the below listed documents were served on the following individuals via email per the Parties' agreement:

Joseph T. Baio, Esq.
Tariq Mundiya, Esq.
Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099

- **PLAINTIFFS' RULE 26 EXPERT DISCLOSURE FOR DR. RICHARD WATERMAN**

- **PERCIPIENT WITNESS STATEMENT OF THOMAS SEHESTED**

- **PERCIPIENT WITNESS STATEMENT OF CHRIS CONNELLY**

　　　　　　　　　　　　　　　　　　　/s/ *Jonathan H. Blavin*
　　　　　　　　　　　　　　　　　　　Jonathan H. Blavin