```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
```
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and          06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                   ORDER
                           Plaintiffs,

     -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                           Defendants.
```
-------------------------------------------------------------------x
```

KIMBA M. WOOD, U.S.D.J.:

      The Court grants Defendants leave to file a motion for partial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

      Defendants' motion shall be briefed according to the following briefing schedule: Defendants' motion and papers shall be served by October 22, 2010; Plaintiffs' opposition papers shall be served by October 29, 2010; and Defendants' reply papers shall be served by November 5, 2010.  The memoranda of law shall not exceed 30 pages, except that any reply memorandum shall not exceed 20 pages.  The memoranda shall each contain a Table of Contents and a Table of Authorities.  The pretrial scheduling order issued on September 14, 2010 remains in effect.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/10

SO ORDERED.

Dated: New York, New York
October 14, 2010

_____
Kimba M. Wood
United States District Judge