UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | ECF Case <br><br> 06 CV 5936 (KMW)(DF) |

**NOTICE OF MOTION**

Please take notice that, upon Defendants' Memorandum of Law in Support of Their Motion for Partial Judgment on the Pleadings, the Declaration of Todd G. Cosenza, dated October 22, 2010, and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Kimba M. Wood, in Courtroom 15B of the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order, pursuant to Fed. R. Civ. P. 12(c), granting Defendants Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership partial judgment on the pleadings.

5926962.1

The undersigned certify that they have complied with Rule 2.A of this Court's Individual Practices by formally requesting a pre-motion conference on the instant motion and were granted leave to bring the motion pursuant to an October 15, 2010 order of this Court.

DATED: October 22, 2010

WILLKIE FARR & GALLAGHER LLP

By: _____

Tariq Mundiya

787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)
tmundiya@willkie.com

*Attorney for Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

To:

Glenn D. Pomerantz
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071