UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

06 CV 5936 (KMW)

ORDER

Plaintiffs,

-against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

The Court orders the parties to submit letter briefs as to why the documents described in the pending motions to file under seal (D.E. 238, 259, and 276) should remain under seal after the Court's entry of the Consent Injunction.

All letter briefs shall be submitted to the Court by Monday, November 1, 2010, at 5:00 p.m.

SO ORDERED.

Dated: New York, New York
       October 26, 2010

_____
Kimba M. Wood
United States District Judge