UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON, and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP <br><br> Defendants. | CIVIL ACTION NO. 06 CV. 5936 (KMW) (DF) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership.

5969647.1          - 2 -

Dated: November 2, 2010

                                       WILLKIE FARR & GALLAGHER LLP

                                       By:     /s/ M. Eaton

                                       Mary Eaton

                                       787 Seventh Avenue
                                       New York, New York 10019
                                       Telephone: (212) 728-8000
                                       Facsimile: (212) 728-8111
                                       meaton@willkie.com

                                       *Counsel for Lime Wire LLC, Lime Group LLC,*
                                       *Mark Gorton, and M.J.G. Lime Wire Family*
                                       *Limited Partnership*