UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

                    06 CV 5936 (KMW)

                    ORDER

            Plaintiffs,

    -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

            Defendants.
----------------------------------------------------------------x

KIMBA M. WOOD, U.S.D.J.:

     The Court has received Plaintiffs' letter, dated November 3, 2010, seeking urgent review
of an Order of Magistrate Judge Freeman, dated November 2, 2010.

     The Court orders the Defendant to respond to that letter by Friday, November 5, at 12:00
p.m. Any date for oral argument will be set by the Court upon receipt and review of the parties'
submission.

     Each date contained in parties' joint pretrial schedule, adopted by the Court on September
13, 2010, is hereby extended by ten days.

SO ORDERED.

Dated: New York, New York
       November **3** , 2010

                     Kimba M. Wood
                     United States District Judge

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/10