AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

**APPEARANCE**

Case Number: 06 CV 5936 (KMW)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, ) f/k/a BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, f/k/a SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/5/2010 | *[signature]* |
| Date | Signature |
| | Benjamin Sahl — BS 2905 |
| | Print Name — Bar Number |
| | Cowan, Liebowitz, & Latman, P.C., 1133 6th Ave. |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 790-9200 — (212) 575-0671 |
| | Phone Number — Fax Number |