# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560

TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

---

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907

TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

November 4, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/10

WRITER'S DIRECT LINE
(213) 683-9132
(213) 683-5132 FAX
Glenn.Pomerantz@mto.com

**VIA FACSIMILE (212) 805-4258**

The Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Arista Records LLC et al. v. Lime Wire LLC et al.*,
Case No. 06 CV 5936 (KMW)

Dear Magistrate Judge Freeman:

After we spoke with Your Honor's clerk yesterday, Judge Wood issued the attached Order requiring an expedited response and deferring dates in the current schedule by ten days. Judge Wood's ruling on our November 3 letter brief is likely to provide necessary guidance for setting the schedule for the case going forward. Plaintiffs therefore request that the deadline for providing a proposed schedule to Your Honor be extended until 48 hours after Judge Wood rules. Plaintiffs continue to meet and confer in good faith with Defendants to resolve the remaining issues identified in Your Honor's Order. We ask only for a brief extension in the scheduling portion of the Order pending Judge Wood's decision.

Respectfully,

Glenn D. Pomerantz

cc: Defendants' counsel (Willkie Farr) (by email)

SO ORDERED:   DATE: 11/4/10

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

*Denied. The parties should proceed to submit a proposed schedule for compliance with this Court's order, although that schedule for production of documents may take the pending appeal into account. In other words, Plaintiffs may propose waiting until after the appeal is decided to make document production — but should not wait to propose a schedule.*