UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> -against- <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | Civil No. 06 CV 5936 (KMW) <br><br> ECF Case <br><br> **MOTION FOR *PRO HAC VICE* ADMISSION OF SUSAN T. BOYD** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert W. Clarida, a member in good standing of the bar of this Court, hereby move for an Order allowing admission *pro hac vice* of:

Susan T. Boyd
Munger, Tolles & Olson LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Fax: (415) 512-4077
Email: Susan.Boyd@mto.com

12054385.1

Susan T. Boyd is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Susan T. Boyd in any State or

Federal court.

Dated: New York, New York
       November _5_, 2010

Respectfully submitted,

By: _____

Robert W. Clarida
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York  10036
Phone:  (212) 790-9266
Email:  rwc@cll.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., | Civil No. 06 Civ. 5936 (KMW)  ECF CASE  **AFFIRMATION OF ROBERT W. CLARIDA IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF SUSAN T. BOYD** |
| Plaintiffs, | |
| -against- | |
| LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, | |
| Defendants. | |

I, Robert W. Clarida, declare under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the law firm of Cowan, Liebowitz & Latman, P.C., counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Susan T. Boyd as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York and I was admitted to practice in New York in 1994. I am also admitted to the bar of the

United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Boyd is an associate in the law firm of Munger, Tolles & Olson LLP, in San Francisco, California. A true and correct copy of Ms. Boyd's Certificate of Good Standing from the State Bar of California is attached hereto as Exhibit A.

4. I know Ms. Boyd to be a skilled attorney and of high moral character. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Susan T. Boyd, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Susan T. Boyd, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Susan T. Boyd, *pro hac vice*, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: New York, New York
November 5, 2010

Respectfully submitted

By: _____
Robert W. Clarida
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York  10036
Phone:  (212) 790-9266
Email:  rwc@cll.com
*Attorney for Plaintiffs*

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

October 29, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SUSAN T. BOYD, #229664 was admitted to the practice of law in this state by the Supreme Court of California on December 17, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., | Civil No. 06 CV 5936 (KMW)<br><br>ECF Case<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| Plaintiffs, |  |
| -against- |  |
| LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, |  |
| Defendants. |  |

Upon the motion of Robert W. Clarida, attorney for Plaintiffs, Arista Records LLC;

Atlantic Recording Corporation; Arista Music, formerly known as BMG Music; Capitol Records

LLC, formerly known as Capitol Records, Inc.; Elektra Entertainment Group Inc.; Interscope

Records; LaFace Records LLC; Motown Record Company, L.P.; Priority Records LLC; Sony

Music Entertainment, formerly known as Sony BMG Music Entertainment; UMG Recordings,

Inc.; Virgin Records America, Inc.; and Warner Bros. Records Inc., and said sponsor attorney's

affidavit in support;

**IT IS HEREBY ORDERED** that

Susan T. Boyd
Munger, Tolles & Olson LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Fax: (415) 512-4077
Email: Susan.Boyd@mto.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs, Arista Records LLC; Atlantic

Recording Corporation; Arista Music, formerly known as BMG Music; Capitol Records LLC,

formerly known as Capitol Records, Inc.; Elektra Entertainment Group Inc.; Interscope Records;

LaFace Records LLC; Motown Record Company, L.P.; Priority Records LLC; Sony Music

Entertainment, formerly known as Sony BMG Music Entertainment; UMG Recordings, Inc.;

Virgin Records America, Inc.; and Warner Bros. Records Inc., in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  This action has been assigned to the Electronic Case Filing (ECF)

system, and as such, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: _____, 2010
     New York, New York

                                              _____
                                             The Honorable Kimba M. Wood
                                             United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of November, 2010, I caused copies of the foregoing Motion for *Pro Hac Vice* Admission of Susan T. Boyd to be served by first-class mail, postage prepaid, on counsel for defendants as follows:

Joseph T. Baio, Esq.
Tariq Mundiya, Esq.
Mary Jane Eaton, Esq.
Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099

Leslie E. Marasco