UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG Recordings, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | ECF Case <br><br> 06 CV 5936 (KMW)(DF) |

## DEFENDANTS' NOTICE OF MOTION
## AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019
Phone: (212) 728-8000

*Attorneys for Defendants*

NOTICE TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

On motion of the parties, the Court entered a Stipulation and Protective Order on March 8, 2007 (the "Protective Order"), a copy of which is on file with the Court (Dkt. 21). Information produced by a party may be designated under the terms of the Protective Order if it believes in good faith that it reflects proprietary information which is not generally known, or if the party has a good faith belief that such materials are particularly sensitive. *See* Protective Order ¶¶ 1, 15. Paragraph 14 of the Protective Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only material to the Court to file such material under seal to protect it from disclosure.

Pursuant to the Protective Order, Defendants Lime Wire LLC, Lime Group LLC, and Mark Gorton (the "Defendants") hereby move this Court to place under seal, until further order of this Court, the following document filed pursuant to the Court's October 26, 2010 Permanent Injunction:

- Progress Report on Permanent Injunction

The Progress Report on Permanent Injunction has been designated by Defendants as Confidential-Attorney's Eyes Only under the Protective Order. The Progress Report on Permanent Injunction describes in detail Defendants' efforts to comply with the Permanent Injunction. If such details are made public, it may increase the ability of third parties to subvert Defendants' efforts to disable sharing of copyrighted materials using LimeWire software. Defendants believe that sealing the documents will enhance compliance with the Permanent Injunction.

Accordingly, Defendants respectfully request that the above-listed document be maintained under seal until further order of this Court.

Dated: November 9, 2010

        Respectfully Submitted,

        WILLKIE FARR & GALLAGHER LLP

        */s/ Joseph T. Baio*
        Joseph T. Baio (jbaio@willkie.com)
        Tariq Mundiya (tmundiya@willkie.com)
        Mary Eaton (meaton@willkie.com)
        Todd G. Cosenza (tcosenza@willkie.com)
        787 Seventh Avenue
        New York, New York  10019
        Phone:  (212) 728-8000
        Fax:  (212) 728-8111

        *Attorneys for Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

To:

Glenn D. Pomerantz
Munger, Tolles & Olson LLP
355 South Grande Avenue, 35th Floor
Los Angeles, CA 90071