```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and                    06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                          ORDER
                    Plaintiffs,

    -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                    Defendants.
-----------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10

The Court orders the parties to file with the Court all of the documents described in the following pending motions: Docket Entry # 238; Docket Entry # 259; and Docket Entry # 276.

The following documents may be filed under seal:

- Exhibits 4 & 5 to the Declaration of Melinda E. LeMoine;

- The Declaration of Tonia Ouellette Klausner and Exhibits A-CC attached thereto;

- Declaration of John Pavley and Exhibit A attached thereto;

- Declaration of George Searle;

- The unredacted version of Defendants' Opposition to Plaintiffs' Motion for Permanent Injunction

All other documents must be filed publicly with the Court.

SO ORDERED.

Dated: New York, New York
       November 15, 2010

*Kimba M. Wood*
Kimba M. Wood
United States District Judge