UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                         Plaintiffs,<br><br>                  v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                         Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR EXPEDITED APPOINTMENT OF RECEIVER TO ENSURE COMPLIANCE WITH PERMANENT INJUNCTION

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Jonathan H. Blavin *(pro hac vice)*
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*Attorneys for Plaintiffs*

Date: November 18, 2010

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as counsel may be heard before the Honorable Kimba M. Wood in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York, all Plaintiffs in Case No. 06 Civ. 05936 ("Plaintiffs") will and hereby do move the Court pursuant to the Court's equitable powers for the expedited appointment of a receiver to ensure Defendants' compliance with the Court's permanent injunction, as described in greater detail in the Proposed Order submitted concurrently herewith.

PLEASE TAKE FURTHER NOTICE that this Motion is based on the Notice of Motion, Motion and the accompanying Memorandum of Points and Authorities, the Declaration of Professor Ellis Horowitz, the Declaration of Kelly M. Klaus, and any Reply Memorandum in support, the court records and files (including the Court's permanent injunction, dated October 26, 2010), and upon such other evidence and argument that may be offered at the hearing on the Motion.

Dated:  November 18, 2010   Respectfully submitted

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kelly M. Klaus*
　　　　　　　　　　　　　　　　　　　　　　　Kelly M. Klaus

Attorney for Plaintiffs
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
(213) 687-3702 (Fax)