UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>         Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

**CERTIFICATE OF SERVICE**

                  Glenn D. Pomerantz (*pro hac vice*)
                  Kelly M. Klaus (*pro hac vice*)
                  Melinda E. LeMoine
                  Jonathan H. Blavin (*pro hac vice*)
                  Munger, Tolles & Olson, LLP
                  355 South Grand Avenue
                  Los Angeles, CA 90071
                  (213) 683-9100

                  *Attorneys for Plaintiffs*

November 18, 2010

# CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2010, copies of the below listed documents were served by email per the parties' agreement to the following:

Joseph T. Baio, Esq.
Tariq Mundiya, Esq.
Mary J. Eaton, Esq.
Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099

- **CONFIDENTIAL VERSION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED APPOINTMENT OF RECEIVER TO ENSURE COMPLIANCE WITH PERMANENT INJUNCTION**

- **DECLARATION OF PROFESSOR ELLIS HOROWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF A RECEIVER AND EXHIBITS A-E**

- **EXHIBITS B-I TO DECLARATION OF KELLY M. KLAUS IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED APPOINTMENT OF RECEIVER TO ENSURE COMPLIANCE WITH PERMANENT INJUNCTION**

                                              /s/ *Melinda E. LeMoine*
                                              Melinda E. LeMoine