```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,

06 CV 5936 (KMW)

ORDER

                        Plaintiffs,

-against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                        Defendants.
------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

    Plaintiffs have filed a "Motion for Expedited Appointment of Receiver to Ensure
Compliance with Permanent Injunction." (Dckt Entry No. 357.)

    Defendants are ordered to respond to that motion by Tuesday, November 23, 2010, at
5:00 p.m. Plaintiffs shall file any reply by Wednesday, November 24, 2010, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       November 19, 2010

                                        _____
                                        Kimba M. Wood
                                        United States District Judge