UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARISTA RECORDS LLS, et al.,

                    Plaintiffs,      06 Civ. 5936 (KMW)(DF)

        -against-      **ORDER**

LIME GROUP LLC, et al.,

                    Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

       Before the Court is Defendants' application for an order compelling non-party VEVO, LLC ("VEVO") to produce documents in response to a subpoena served on VEVO by Defendants. Having reviewed Defendants' and VEVO's submissions to the Court, the Court finds that VEVO's proposal to produce certain documents, as set forth in its correspondence with Defendants, strikes an appropriate balance between Defendants' need to obtain relevant documents and the burden to VEVO. Accordingly, it is hereby ORDERED that VEVO produce:

       1.     All signed contracts, licenses, or other agreements between VEVO and any plaintiff in this case, concerning the use, publication, display, or broadcast of any material to which any plaintiff owns, holds, claims, or otherwise maintains a copyright, including supplements, modifications, and amendments, but not including drafts, except to the extent that drafts are attached to the communications separately ordered to be produced, as set forth in paragraph 3(b) below.

       2.     All monthly summary reports and monthly detailed "XML" reports submitted by VEVO to any plaintiff, showing amounts paid by VEVO pursuant to any such signed contract, license or agreement between VEVO and any plaintiff in this case.

3. All documents contained in the files of (1) Rio Caraeff, (2) Fred Santarpia, (3) Alan Price, (4) Julie Lee, and (5) Alexander Kisch (collectively, the "Custodians"):

    a. referring to "LimeWire"; or

    b. consisting of communications with the following individuals: David Weinberg, Jaunique Sealy, Michael Mulein, Wendy Nussbaum, Zach Horowitz, Charles Ciongoli, David Ring, Mark Eisenberg, Michael Paul, Jeff Walker, Chris Bonavia, Jonathan Glass, Bobby Sherman, Dennis Kooker, Thomas Hesse, Amy Lauren, Mark Pilbe, Elio Leoni-Sceti, Chris Kennedy, and Enrico Del Prete, and containing any of the following terms: licens*, royalt*, agreement, contract, "label fees," and "revenue share."

Dated: New York, New York
November 23, 2010

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

all parties (via ECF)

Cynthia Richman, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20063-5304

2