U UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                              Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

## PLAINTIFFS' NOTICE OF MOTION AND

## MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Jonathan H. Blavin *(pro hac vice)*
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*Attorneys for Plaintiffs*

Date: November 24, 2010

12400742.1

1

NOTICE TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Pursuant to the Protective Order entered in this action on March 8, 2007, Plaintiffs hereby move this Court to place under seal, until further order of this Court, the following documents:

- Plaintiffs' Reply in Support of Motion for Expedited Appointment of Receiver to Ensure Compliance with Permanent Injunction (unredacted, confidential version)

- Exhibit M of the Supplemental Declaration of Kelly M. Klaus in Support of Plaintiffs' Reply in Support of Motion for Expedited Appointment of Receiver to Ensure Compliance with Permanent Injunction (unredacted, confidential version)

On motion of the parties, the Court entered a Stipulated Protective Order (the "Protective Order") on March 8, 2007, concerning information produced in discovery, a copy of which is on file with the Court (Dkt. 21). The above-referenced documents contain material that has been designated by the parties as either Confidential or Confidential-Attorney's Eyes Only under the Protective Order.

12400742.1

2

Paragraph 14 of the Protective Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only material to the Court to file such material under seal to protect it from disclosure.  Accordingly, Plaintiffs respectfully request that the foregoing documents be maintained under seal until further order of this court.

Dated:  November 24, 2010                    Respectfully submitted

                                             /s/ Kelly M. Klaus
                                             Kelly M. Klaus

                                             Attorney for Plaintiffs
                                             Munger, Tolles & Olson LLP
                                             355 South Grand Avenue, 35th Floor
                                             Los Angeles, CA 90071-1560
                                             (213) 683-9100
                                             (213) 687-3702 (Fax)

2