

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> -against- <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | Civil No. 06 CV 5936 (KMW) <br><br> ECF Case <br><br> **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Robert W. Clarida, attorney for Plaintiffs, Arista Records LLC; Atlantic Recording Corporation; Arista Music, formerly known as BMG Music; Capitol Records LLC, formerly known as Capitol Records, Inc.; Elektra Entertainment Group Inc.; Interscope Records; LaFace Records LLC; Motown Record Company, L.P.; Priority Records LLC; Sony Music Entertainment, formerly known as Sony BMG Music Entertainment; UMG Recordings, Inc.; Virgin Records America, Inc.; and Warner Bros. Records Inc., and said sponsor attorney's affidavit in support;

12250035.1

**IT IS HEREBY ORDERED** that

>L. Ashley Aull
>Munger, Tolles & Olson LLP
>355 South Grand Avenue
>Thirty-Fifth Floor
>Los Angeles, CA 90071-1560
>Tel: (213) 683-9100
>Fax: (213) 687-3702
>Email: Ashley.Aull@mto.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs, Arista Records LLC; Atlantic Recording Corporation; Arista Music, formerly known as BMG Music; Capitol Records LLC, formerly known as Capitol Records, Inc.; Elektra Entertainment Group Inc.; Interscope Records; LaFace Records LLC; Motown Record Company, L.P.; Priority Records LLC; Sony Music Entertainment, formerly known as Sony BMG Music Entertainment, UMG Recordings, Inc., Virgin Records America, Inc.; and Warner Bros. Records Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system, and as such, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _December 16_, 2010
New York, New York

_____
The Honorable Debra C. Freeman
United States District Magistrate Judge

**Debra Freeman**
**United States Magistrate Judge**
Southern District of **New York**