```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and            06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                             ORDER
                      Plaintiffs,

    -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                      Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

      Should Plaintiffs decide to file a Motion to Disqualify, said motion shall be briefed according to the following briefing schedule. Plaintiffs' motion and papers shall be served by January 7, 2011; Plaintiffs' opposition papers shall be served by January 14, 2011; and Defendants' reply papers shall be served by January 19, 2011. The memoranda of law shall not exceed 20 pages, except that any reply memorandum shall not exceed 15 pages. The memoranda shall each contain a Table of Contents and a Table of Authorities.

SO ORDERED.

Dated: New York, New York
          December 17, 2010

                                           _____
                                           Kimba M. Wood
                                       United States District Judge