UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and          06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                    ORDER
                         Plaintiffs,

       -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                        Defendants.
-------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

       Plaintiffs have sought leave to file several motions. The Court orders that these motions be briefed according to the following schedule and directions.

### I.   <u>Plaintiffs' Motion for Partial Summary Judgment on Ownership</u>

       Plaintiffs' motion and papers shall be served by January 20, 2011; Defendants' opposition papers shall be served by February 17, 2011; and Plaintiffs' reply papers shall be served by February 24, 2011. The memoranda of law shall not exceed 25 pages, except that any reply memorandum shall not exceed 15 pages. Each memorandum shall contain a Table of Contents and a Table of Authorities.

1

The parties may submit their Rule 56.1 statements simultaneously with their papers. In drafting their Rule 56.1 statements, the parties must follow the specific instructions contained in this Chamber's Individual Practices, Rule 2.G. Within three weeks of Plaintiffs' filing of their motion, lawyers from both parties must meet and confer in good faith on their Rule 56.1 statements.

## II.     Plaintiffs' Motion for Partial Summary Judgment on Infringement

Plaintiffs' motion and papers shall be served by January 27, 2011; Defendants' opposition papers shall be served by February 28, 2011; and Plaintiffs' reply papers shall be served by March 7, 2011. The memoranda of law shall not exceed 25 pages, except that any reply memorandum shall not exceed 15 pages. Each memorandum shall contain a Table of Contents and a Table of Authorities.

The parties may submit their Rule 56.1 statements simultaneously with their papers. In drafting their Rule 56.1 statements, the parties must follow the specific instructions contained in this Chamber's Individual Practices, Rule 2.G. Within three weeks of Plaintiffs' filing of their motion, lawyers from both parties must meet and confer in good faith on their Rule 56.1 statements.

## III.    Plaintiffs' Motion to Disqualify Defendants' Counsel

Plaintiffs' motion and papers shall be served by January 14, 2011; Defendants' opposition papers shall be served by January 21, 2011; and Plaintiffs' reply papers shall be served by January 26, 2011. The memoranda of law shall not exceed 25 pages, except that any reply memorandum shall not exceed 15 pages. Each memorandum shall contain a Table of Contents and a Table of Authorities.

## IV.    Judge Freeman's December 29, 2010 Report and Recommendation

If Plaintiffs wish to object to Judge Freeman's December 29, 2011 Report and Recommendation, any such objection must be filed by January 18, 2011.

SO ORDERED.

Dated: New York, New York
      January **5**, 2010

*/s/ Kimba M. Wood*
Kimba M. Wood
United States District Judge