**MEMO ENDORSED**

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/11

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com



January 2, 2011

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 15B
New York, New York 10007-1312

Re:   Arista Records LLC et al v. Lime Wire LLC et al
      Case No. 1:06-cv-05936-KMW-DCF

Dear Judge Wood:

I write to request that my name be removed from the above-captioned action. Your Honor granted this firm's motion to withdraw.

Thank you for your consideration.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Tonia Ouellette Klausner*
Tonia Ouellette Klausner

SO ORDERED:  1 – 13 – 11

*/s/ Kimba M. Wood*
Honorable Kimba M. Wood, USDJ

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.