UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                    Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

## PLAINTIFFS' NOTICE OF MOTION AND
## MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

                                      Glenn D. Pomerantz *(pro hac vice)*
                                      Kelly M. Klaus *(pro hac vice)*
                                      Melinda E. LeMoine
                                      Jonathan H. Blavin *(pro hac vice)*
                                      Munger, Tolles & Olson LLP
                                      355 South Grand Avenue
                                      Los Angeles, CA 90071
                                      (213) 683-9100
                                      *Attorneys for Plaintiffs*

Date: January 14, 2011

NOTICE TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Pursuant to the Amended Protective Order entered in this action on January 6, 2011, Plaintiffs hereby move this Court to place under seal, until further order of this Court, the following documents:

- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Disqualify Willkie Farr & Gallagher LLP as Counsel for Defendants (unredacted, confidential version)

- Declaration of Jennifer L. Pariser in Support of Plaintiffs' Motion to Disqualify Willkie Farr & Gallagher LLP as Counsel for Defendants

- Exhibits C-K and M-Z of the Declaration of Kelly M. Klaus in Support of Plaintiffs' Motion to Disqualify Willkie Farr & Gallagher LLP as Counsel for Defendants (unredacted, confidential version)

On January 6, 2011, the Court entered an Amended Stipulation and Protective Order (the "Amended Protective Order"), concerning information produced in discovery, a copy of which is on file with the Court (Dkt. 400).  The above-referenced documents contain material that has been designated by the parties as either Confidential or Confidential-Attorney's Eyes Only under the Amended Protective Order.

Paragraph 15 of the Amended Protective Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only material to the Court to file such material under seal to protect it from disclosure.  Accordingly, Plaintiffs respectfully request that the foregoing documents be maintained under seal until further order of this Court.

2

Dated:  January 14, 2011		Respectfully submitted

		    */s/ Kelly M. Klaus*
		          Kelly M. Klaus

		Attorney for Plaintiffs
		Munger, Tolles & Olson LLP
		355 South Grand Avenue, 35th Floor
		Los Angeles, CA 90071-1560
		(213) 683-9100
		(213) 687-3702 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, a copy of the foregoing document was served on the following via the Court's ECF system and by email per the parties' agreement:

Joseph T. Baio, Esq.
Tariq Mundiya, Esq.
Mary Jane Eaton, Esq.
Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Telephone: 212-728-8000
Fax: 212-728-8111
Email: jbaio@willkie.com
Email: tmundiya@willkie.com
Email: meaton@willkie.com
Email: tcosenza@willkie.com

- **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

/s/ *Shari Lorand*
Shari Lorand