UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants | 06 Civ. 05936 (KMW) <br> ECF CASE |

**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF PLAINTIFFS'
OBJECTION TO MAGISTRATE JUDGE FREEMAN'S REPORT &
RECOMMENDATION CONCERNING 17 U.S.C. § 412(2)**

I, Kelly M. Klaus, hereby declare as follows:

1.       I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record

for Plaintiffs.  I make this Declaration in support of Plaintiffs' Objection to Magistrate Judge

Freeman's Report & Recommendation Concerning 17 U.S.C. § 412(2).  The contents of this

Declaration are based upon my own personal knowledge, and if called upon to do so, I could and

would testify competently to the matters stated herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a September 23, 2010 letter from Glenn Pomerantz to the Honorable Kimba M. Wood.

3.      Attached hereto as Exhibit 2 is a true and correct copy of portions of the transcript of the parties' November 1, 2010 hearing before Magistrate Judge Freeman.

4.      Attached hereto as  Exhibit 3 is a true and correct copy of portions of *Copyright Law Revision, Report of the Register of Copyrights on the General Revision of the U.S. Copyright Law*, 87th Cong. at 72 (1961) ("1961 Report").

5.      Attached hereto as Exhibit 4 is a true and correct copy of portions of *Copyright Law Revision, Part 2, Discussion and Comments on Report of the Register of Copyrights on the General Revision of the U.S. Copyright Law*, 88th Cong., at 134 (1963) ("1963 Comments").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  January 18, 2011
        Los Angeles, CA

_____*/s/ Kelly M. Klaus*_____
                Kelly M. Klaus