# EXHIBIT 1

MUNGER, TOLLES & OLSON LLP

ROBERT K. JOHNSON†
ALAN V. FRIEDMAN†
RONALD L. OLSON†
RICHARD S. VOLPERT
DENNIS C. BROWN†
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
CHARLES D. SIEGAL
RONALD K. MEYER
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEVEN L. GUISE†
ROBERT B. KNAUSS
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
LAWRENCE C. BARTH
KATHLEEN M. McDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
RONALD C. HAUSMANN
PATRICK J. CAFFERTY, JR.
JAY M. FUJITANI
O'MALLEY M. MILLER
SANDRA A. SEVILLE-JONES
MARK H. EPSTEIN
HENRY WEISSMANN
KEVIN S. ALLRED
BART H. WILLIAMS
JEFFREY A. HEINTZ
JUDITH T. KITANO
KRISTIN LINSLEY MYLES
MARC T.G. DWORSKY
JEROME C. ROTH
STEPHEN D. ROSE
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
RICHARD E. DROOYAN
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
MICHAEL J. O'SULLIVAN
KELLY M. KLAUS
DAVID B. GOLDMAN
BURTON A. GROSS
KEVIN S. MASUDA
HOJOON HWANG
KRISTIN S. ESCALANTE
DAVID C. DINIELLI
ANDREA WEISS JEFFRIES
PETER A. DETRE
PAUL J. WATFORD
DANA S. TREISTER
CARL H. MOOR
DAVID M. ROSENZWEIG
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
TAMERLIN J. GODLEY
JAMES C. RUTTEN
J. MARTIN WILLHITE
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
SEAN ESKOVITZ
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
MARIA SEFERIAN
MANUEL F. CACHÁN
ROSEMARIE T. RING
JOSEPH J. YBARRA
KATHERINE K. HUANG
MICHELLE T. FRIEDLAND
TODD J. ROSEN
SUSAN R. SZABO
LYNN HEALEY SCADUTO

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

September 23, 2010

ERIC J. LORENZINI
LINDSAY D. McCASKILL
KATE K. ANDERSON
SUSAN TRAUB BOYD
JENNIFER L. POLSE
BRIAN R. HOCHLEUTNER
GRANT A. DAVIS-DENNY
JASON RANTANEN
JONATHAN H. BLAVIN
KAREN J. EPHRAIM
LIKA C. MIYAKE
MELINDA EADES LeMOINE
ANDREW W. SONG
YOHANCE C. EDWARDS
SETH GOLDMAN
JOSHUA P. GROBAN
VICTORIA L. BOESCH
HAILYN J. CHEN
BRAD SCHNEIDER
GENEVIEVE A. COX
MIRIAM KIM
MISTY M. SANFORD
BRIAN P. DUFF
AIMEE FEINBERG
KATHARINE L. HALL
KATHERINE KU
KIMBERLY A. CHI
SHOSHANA E. BANNETT
TINA CHAROENPONG
LEE S. TAYLOR
DEREK J. KAUFMAN
KIMBERLY D. ENCINAS
MARCUS J. SPIEGEL
GABRIEL P. SANCHEZ
BETHANY W. KRISTOVICH
PAULA R. LEVY
DAVID C. YANG
WILLIAM E. CANO
HENRY E. ORREN
BENJAMIN W. HOWELL
JACOB S. KREILKAMP
JONATHAN M. WEISS
ELISABETH J. NEUBAUER
ERIC P. TUTTLE
HEATHER E. TAKAHASHI
KEVIN A. GOLDMAN
ROBYN KALI BACON
BERNARD A. ESKANDARI
JENNY M. JIANG
KEITH R.D. HAMILTON, II
SORAYA C. KELLY
PATRICK ANDERSON
JEFFREY Y. WU
YUVAL MILLER
MARK R. CONRAD
DANIEL R. McCARTHY
M. LANCE JASPER
ALISSA BRANHAM
ADAM R. LAWTON
PETER C. RENN
RACHEL L. STEIN
AVI BRAZ
PUNEET K. SANDHU
IAN J. MILLER
MARINA A. TORRES
DAVID S. HAN
DAVID C. LACHMAN
JENNY H. HONG
GUY A. RUB
AARON SEIJI LOWENSTEIN
DANIEL N. ELIZONDO
LAURA D. SMOLOWE
MELISSA CAMACHO-CHEUNG
SARALA V. NAGALA
JUSTIN L. McNABNEY
LEO GOLDBARD
KIMBERLY A. MORRIS
MATTHEW A. MACDONALD
CAROLYN V. ZABRYCKI
ERIC S. NGUYEN
ERIN E. SCHANNING
MARGARET G. ZIEGLER
ESTHER H. SUNG

RICHARD D. ESBENSHADE†
ALLISON B. STEIN
PETER R. TAFT†
SUSAN E. NASH
TRUC T. DO
OF COUNSEL

E. LEROY TOLLES
(1922-2008)

†A PROFESSIONAL CORPORATION

WRITER'S DIRECT LINE
(213) 683-9132
(213) 683-5132 FAX
Glenn.Pomerantz@mto.com

**VIA FACSIMILE (212) 805-7900**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Arista Records LLC et al. v. Lime Wire LLC et al.*,
Case No. 06 CV 5936 (KMW)

Dear Judge Wood:

Pursuant to the Court's September 14, 2010 Pretrial Scheduling Order (Doc. No. 319), Plaintiffs respectfully submit the following list of issues that Plaintiffs intend to try at the January 18, 2011 trial in this matter:

**A. Claims for Relief**

1. Plaintiffs' claim for vicarious liability for copyright infringement (Count III of the First Amended Complaint).

2. Plaintiffs' claim for fraudulent conveyance (Count VI of the First Amended Complaint).

3. Plaintiffs' claim for unjust enrichment (Count VII of the First Amended Complaint).

MUNGER, TOLLES & OLSON LLP

The Honorable Kimba M. Wood
September 23, 2010
Page 2

### B. Damages and Equitable Relief

1. As to Plaintiffs' already adjudicated federal copyright claim based on Defendants' intentionally inducing infringement, and as to the relief to be awarded if Plaintiffs prevail on the vicarious liability claim to be tried, Plaintiffs' entitlement to equitable relief under the Copyright Act as well as the amount of statutory damages that Plaintiffs are entitled to recover pursuant to 17 U.S.C. § 504(c). Plaintiffs intend to establish that Defendants' committed their infringing conduct willfully, thereby increasing the range of each statutory award to $150,000. Plaintiffs intend to seek a separate statutory award for each act of direct infringement for which Defendants are jointly and severally liable with separate infringing actors. 17 U.S.C. § 504(c).

2. As to Plaintiffs' already adjudicated state law claims for common law copyright infringement and unfair competition regarding Pre-1972 Recordings, the amount of compensatory and punitive damages to be awarded under state law, as well as Plaintiffs' entitlement to and the scope of the equitable relief to be awarded based on Defendants' unjust enrichment and other inequitable conduct.

3. Plaintiffs' entitlement to all equitable remedies allowed under state law if Plaintiffs prevail on their claims for fraudulent conveyance and/or unjust enrichment.

At the conclusion of the trial, Plaintiffs intend to seek their attorneys' fees and costs pursuant to 17 U.S.C. § 505 and to the maximum extent allowed under state law, and to recover pre- and post-judgment interest on all sums awarded to them.

Respectfully,

*[signature]*

Glenn D. Pomerantz

cc: Joseph Baio, Willkie Farr (counsel for Defendants) (via email and fax)
    Tariq Mundiya, Willkie Farr (counsel for Defendants) (via email and fax)

11756187.1

```
***********************
***   TX REPORT     ***
***********************


TRANSMISSION OK

TX/RX NO              0971
RECIPIENT ADDRESS     12128057900
DESTINATION ID
ST. TIME              09/23 13:56
TIME USE              00'31
PAGES SENT            3
RESULT                OK
```

# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
PHONE: (213) 683-9132   FAX: (213) 683-5132

FROM:   Glenn D. Pomerantz

TO:     The Honorable Kimba M. Wood          (212) 805-7900
        USDC - Southern District of New York

DATE:   September 23, 2010

PAGES:  3 (incl. cover)

RE:     *Arista Records LLC et al. v. Lime Wire LLC, et al.*,
        Case No. 06 CV 5936 (KMW)

MESSAGE:

**Pursuant to court order, please see the attached.**