## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

January 17, 2011

**MEMO ENDORSED**

VIA FACSIMILE (212) 805-7900

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/18/11]

The Honorable Kimba M. Wood
United States District Court for the
   Southern District of New York
500 Pearl Street
New York, New York 10001

WRITER'S DIRECT LINE
(213) 683-9171
(213) 683-4071 FAX
Melinda.LeMoine@mto.com

Re:   *Arista Records LLC v. Lime Wire LLC*, Case No. 06-Civ.-05936 (KMW)

Dear Judge Wood:

   Plaintiffs write to request a four-day extension of time from Thursday, January 20 to Monday, January 24 to file their motion for summary judgment on ownership. Defendants' counsel have told us that they do not object to the extension. The few additional days are necessary to organize and condense the voluminous evidence in support of ownership in as streamlined and focused a manner as possible.   **Request Granted. KMW**

   With this adjustment, Defendants' opposition will be due on Tuesday, February 22 (because Monday, February 21 is President's Day), and Plaintiffs' Reply will be due on the following Tuesday, March 1. The parties will follow the procedure for meeting and conferring specified at the conference and in the Court's Order of January 6, 2011 (Dkt. No. 402).   **Request Granted. KMW**

Respectfully requested,

Melinda E. LeMoine

**SO ORDERED:**
1-18-11
Kimba M. Wood
KIMBA M. WOOD
U. S. D. J.

12784662.1