# MEMO ENDORSED



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com



January 14, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/11

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 15B
New York, New York 10007-1312

   Re: **Arista Records LLC et al v. Lime Wire LLC et al**
      **Case No. 1:06-cv-05936-KMW-DCF**

Dear Judge Wood:

  I write to request that my name be removed from the above-captioned action. Your Honor granted this firm's motion to withdraw.

  Thank you for your consideration.

              Respectfully submitted,

              WILSON SONSINI GOODRICH & ROSATI
              Professional Corporation

              /s/ Jessica Margolis
              Jessica Margolis

SO ORDERED: 1-18-11

/s/ Kimba M. Wood
Honorable Kimba M. Wood, USDJ

4229878_1.DOCX

AUSTIN NEW YORK PALO ALTO SAN DIEGO SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, D.C.