UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/11

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>Plaintiffs, <br><br>v. <br><br>LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br>Defendants. | ECF Case <br><br> 06 CV 5936 (KMW)(DF) <br><br>ORDER |

Plaintiffs' Motion to Disqualify Willkie Farr & Gallagher LLP As Counsel For Defendants was served on January 14, 2011. Defendants' opposition papers shall be served by January 24, 2011 and Plaintiffs' reply papers shall be served by January 31, 2011. Defendants' memorandum of law shall not exceed 25 pages, and any reply memorandum shall not exceed 15 pages. Each memorandum shall contain a Table of Contents and a Table of Authorities.

Dated: New York, New York
January 21, 2011

SO ORDERED.

*Kimba M. Wood*
Kimba M. Wood
United States District Judge