USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and        06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                      ORDER

                Plaintiffs,

    -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                Defendants.
-----------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

      Plaintiffs have filed an objection to Magistrate Judge Freeman's Report &
Recommendation concerning 17 U.S.C. § 412(2). The Court orders Defendants to respond by
Monday, January 31, 2011. Any reply shall be filed by Monday, February 7, 2011.

SO ORDERED.

Dated: New York, New York
       January 24, 2011

                                                      /s/ Kimba M. Wood
                                                    Kimba M. Wood
                                                    United States District Judge