**MEMO ENDORSED**

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION



1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11

January 19, 2011

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 15B
New York, New York 10007-1312

    Re:    **Arista Records LLC et al v. Lime Wire LLC et al**
             <u>Case No. 1:06-cv-05936-KMW-DCF</u>

Dear Judge Wood:

    I write to request that my name be removed from the above-captioned action. Your Honor granted this firm's motion to withdraw.

    Thank you for your consideration.

                              Respectfully submitted,

                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              */s/ Michael S. Sommer*

                              Michael S. Sommer

SO ORDERED: 1-24-11

_/s/ Kimba M. Wood_
Honorable Kimba M. Wood, USDJ

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.