UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                  Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                  Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

**PLAINTIFFS' NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' OWNERSHIP OR CONTROL OF THE WORKS IN SUIT**

> Glenn D. Pomerantz *(pro hac vice)*
> Kelly M. Klaus *(pro hac vice)*
> Melinda E. LeMoine
> Susan T. Boyd (*pro hac vice*)
> Jonathan H. Blavin *(pro hac vice)*
> Munger, Tolles & Olson LLP
> 355 South Grand Avenue
> Los Angeles, CA 90071
> (213) 683-9100
> *Attorneys for Plaintiffs*

Date: January 24, 2011

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as counsel may be heard before the Honorable Kimba M. Wood in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York, all Plaintiffs in Case No. 06 Civ. 05936 ("Plaintiffs") will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of the Southern District of New York, for an Order granting Plaintiffs partial summary judgment on the issue of their ownership or control of the works in suit.

PLEASE TAKE FURTHER NOTICE that this Motion is based on the Notice of Motion, Motion, the accompanying Memorandum of Law, the Declarations of Melinda E. LeMoine, JoAn Cho, Alasdair McMullan, Silda Palerm, and Wade Leak along with all accompanying evidence attached and incorporated by reference, the Rule 56.1 Statement, any Reply Memorandum in support, the court records and files, and upon such other evidence and argument that may be offered at the hearing on the Motion.

Dated: January 24, 2011     Respectfully submitted

  _/s/ Melinda E. LeMoine_
  Melinda E. LeMoine

Attorney for Plaintiffs
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
(213) 687-3702 (Fax)