## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, a copy of each document listed below was served on the following via the Court's ECF system and by electronic mail per the parties' agreement:

    Glenn D. Pomerantz, Esq.
    Kelly M. Klaus, Esq.
    Melinda E. LeMoine, Esq.
    Jonathan H. Blavin, Esq.
    Munger, Tolles & Olson LLP
    355 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: (213) 683-9100
    Email: Glenn.Pomerantz@mto.com
    Email: Kelly.Klaus@mto.com
    Email: Melinda.LeMoine@mto.com
    Email: Jonathan.Blavin@mto.com

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

- **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISQUALIFY (Redacted version)**

- **DECLARATION OF ROGER NETZER (Redacted version)**

I hereby certify that on January 24, 2011, a true copy of each document listed below was served on the following via electronic mail per the parties' agreement:

    Glenn D. Pomerantz, Esq.
    Kelly M. Klaus, Esq.
    Melinda E. LeMoine, Esq.
    Jonathan H. Blavin, Esq.
    Munger, Tolles & Olson LLP
    355 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: (213) 683-9100
    Email: Glenn.Pomerantz@mto.com
    Email: Kelly.Klaus@mto.com
    Email: Melinda.LeMoine@mto.com
    Email: Jonathan.Blavin@mto.com

6317513.1

- **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISQUALIFY (Unredacted version)**
- **DECLARATION OF TODD G. COSENZA**
- **DECLARATION OF JEFFREY R. FARMER**
- **DECLARATION OF JEFFREY B. KORN**
- **DECLARATION OF FRANCIS J. MENTON, JR.**
- **DECLARATION OF TARIQ MUNDIYA**
- **DECLARATION OF ROGER NETZER (Unredacted version)**

                                                         ALEXANDER L. CHENEY