```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | **MEMO ENDORSED** <br><br> ECF Case <br><br> 06 CV 5936 (KMW)(DF) |

DEFENDANTS' NOTICE OF MOTION
AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
Tel: (212) 728-8000

*Attorneys for Defendants*

Dated: January 24, 2011

NOTICE TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

On January 6, 2011, the Court entered an Amended Stipulation and Protective Order (the "Amended Protective Order"), a copy of which is on file with the Court (ECF No. 400). Paragraph 15 of the Amended Protective Order requires a party submitting Confidential or Confidential-Attorneys' Eyes Only material to the Court to file such material under seal to protect it from disclosure.

Pursuant to the Amended Protective Order, Defendants Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership (collectively, "Defendants") hereby move this Court to place under seal, until further order of this Court, the following documents:

- Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Disqualify (unredacted, confidential version);
- Declaration of Todd G. Cosenza, executed January 24, 2011;
- Declaration of Jeffrey R. Farmer, executed January 24, 2011;
- Declaration of Jeffrey B. Korn, executed January 24, 2011;
- Declaration of Francis J. Menton, Jr., executed January 24, 2011.
- Declaration of Tariq Mundiya, executed January 24, 2011; and,
- Declaration of Roger Netzer, executed January 24, 2011 (unredacted, confidential version).

These documents have been designated by the parties as either Confidential or Confidential-Attorneys' Eyes Only under the Amended Protective Order. Accordingly, Defendants respectfully request that the above-listed documents be maintained under seal until further order of this Court.

Dated: January 24, 2011           Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

_____
Roger Netzer
787 Seventh Avenue
New York, New York  10019-6099
rnetzer@willkie.com
Tel: (212) 728-8000

*Attorneys for Defendants*


SO ORDERED:  2-8-11

_____
KIMBA M. WOOD
U. S. D. J.

2