```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

ARISTA RECORDS LLC, et al,                   06 CV 5936 (KMW) (DCF)

        Plaintiffs,

  -against-                                      ORDER

LIME WIRE LLC, et al,

        Defendants.

-----------------------------------x

WOOD, D.J.:

    It came to my attention this morning that non-parties Google, Inc. and MySpace, Inc. on February 15, 2011, filed Objections Magistrate Judge Freeman's January 31, 2011 Order compelling the production of internal and external non-party communications (See Docket Entries 443 and 474). My husband owns shares in Google, Inc. and thus I must recuse myself from any motion concerning Google, Inc. It would be possible for me to send any disputes affecting Google, Inc. to the Part I Judge. I ask the parties in the case to let me know by fax (212-805-7900) by 5:00 p.m. today, whether they would prefer for me to follow that course, or follow an alternative course.

    SO ORDERED.

DATED: New York, N.Y.
       February 16, 2011

                                    /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                                 United States District Judge