USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/11

# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

February 16, 2011

**Matthew D. Ingber**
Direct Tel +1 212 506 2209
Direct Fax +1 212 849 5509
mingber@mayerbrown.com

**VIA FACSIMILE**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Arista Records LLC, et al v. LimeWire LLC, et al,*
06 CV 5936 (KMW) (DCF)

Dear Judge Wood:

We write on behalf of Google Inc. ("Google") and MySpace, Inc. ("MySpace") in response to the Court's February 16, 2011 order regarding Your Honor's recusal from any motion concerning Google, including the Objections to Magistrate Judge Freeman's January 31 Order.

Given Your Honor's familiarity with the discovery issues in the case, Google and MySpace respectfully request that Your Honor consider the Objections to Magistrate Judge Freeman's Order to the extent they concern MySpace (and given the similarities to the objections filed by non-party Yahoo!, Inc), and that Your Honor subsequently refer the dispute concerning Google to the Part I Judge. At Your Honor's request, we will submit stand-alone objections on behalf of MySpace for the Court's consideration.

Granted. KMW

Respectfully submitted,

Matthew D. Ingber

The Court so requests.

cc: Melinda LeMoine (via email)
Tariq Mundiya (via email)

2-16-11
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia) and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.