UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; ARISTA
MUSIC, fka BMG MUSIC; CAPITOL
RECORDS LLC fka CAPITOL RECORDS,
INC.; ELEKTRA ENTERTAINMENT
GROUP INC.; INTERSCOPE RECORDS;
LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY
RECORDS LLC; SONY MUSIC
ENTERTAINMENT, fka SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; and WARNER BROS.
RECORDS INC.,

06 Civ. 05936 (KMW)(DCF)
ECF CASE

**DECLARATION OF
MATTHEW D. INGBER**

                Plaintiffs,

                v.

LIME WIRE LLC; LIME GROUP LLC;
MARK GORTON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                Defendants.
-----------------------------------------------------------X

      Matthew D. Ingber, under penalty of perjury, declares as follows:

      1.     I am a member of the law firm of Mayer Brown LLP, counsel for Google Inc. in the above-captioned matter. I submit this declaration, pursuant to 28 U.S.C. § 1746, in support of Google's Objections to Magistrate Judge Freeman's Order Compelling the Production of Internal and External Communications.

      2.     Attached hereto as Exhibit 1 is a true and correct copy of an Order, dated January 31, 2011.

      3.     Attached hereto as Exhibit 2 is a true and correct copy of an email from Matthew D. Ingber to Mary Eaton, dated January 4, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mary Eaton to Honorable Debra C. Freeman, dated December 10, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Mary Eaton to Honorable Debra C. Freeman, dated January 14, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Matthew D. Ingber to Honorable Debra C. Freeman, dated January 6, 2011.

7. Attached hereto as Exhibit 6 is a true and correct copy of an Opinion and Order, dated November 19, 2010.

8. Attached hereto as Exhibit 7 is a true and correct copy of the redacted version of Plaintiffs' Objections to Magistrate Judge Freeman's Order Compelling the Production of Plaintiffs' Internal Communications "Referring to LimeWire," dated February 7, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of an Order, dated January 18, 2011.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email from Melinda LeMoine to Matthew D. Ingber, dated January 5, 2011.

11. Attached hereto as Exhibit 10 is a true and correct copy of an Order on Motion to Compel, dated February 9, 2011.

12. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Matthew D. Ingber to Honorable Debra C. Freeman, dated January 21, 2011.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email from Paul Horan to Matthew D. Ingber, dated February 7, 2011.

Dated: New York, NY
       February 18, 2011

_____
Matthew D. Ingber

## CERTIFICATE OF SERVICE

I, Allison K. Levine, an attorney, hereby certify that on this 18th day of February, 2011, I caused a true and correct copy of the Declaration of Matthew D. Ingber in support of Google Inc.'s Objections to Magistrate Judge Freeman's Order Compelling the Production of Internal and External Communications to be served via operation of the ECF system and email on the following counsel of record:

Mary Eaton
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
meaton@willkie.com

*Attorneys for Defendants*
*Lime Wire LLC, Lime Group LLC, Mark Gorton,*
*and M.J.G. Lime Wire Family Partnership*

Glenn D. Pomerantz
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, California 90071
glenn.pomerantz@mto.com

*Attorneys for Plaintiffs Arista Records LLC, et al.*

_____
Allison K. Levine