USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and         06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                                                       ORDER
                          Plaintiffs,

   -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                          Defendants.
-----------------------------------------------------------------x

      The Court orders the following schedule, which herby supersedes the schedule contained in the Court's Order dated November 19, 2011. (See D.E. 363.) The new schedule is as follows:

      March 14, 2011: exchange of trial exhibits, witness lists, and deposition designations

      March 25, 2011: pretrial order (which shall include any objection to trial exhibits, witness lists, and deposition designations)

      March 30, 2011: motions in limine

      April 6, 2011: oppositions to motions in limine

      April 11, 2011: replies to motions in limine

      May 2, 2011: trial

SO ORDERED.

Dated:  New York, New York
         February **18** 2011

                                                          Kimba M. Wood
                                                          United States District Judge