UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | ECF Case <br><br> 06 CV 5936 (KMW)(DF) |

**DEFENDANTS' NOTICE OF MOTION
AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019
Phone: (212) 728-8000

*Attorneys for Defendants*

NOTICE TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

On motion of the parties, the Court entered an Amended Stipulation and Protective Order on January 6, 2011 (the "Amended Protective Order"), a copy of which is on file with the Court (Dkt. 400).  Information produced by a party may be designated under the terms of the Protective Order if it believes in good faith that it reflects proprietary information which is not generally known, or if the party has a good faith belief that such materials are particularly sensitive.  *See* Protective Order ¶ 1.  Paragraph 15 of the Protective Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only material to the Court to file such material under seal to protect it from disclosure.

Pursuant to the Amended Protective Order, Defendants Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership (collectively, "Defendants")  hereby move this Court to place under seal, until further order of this Court, the following documents:

- Defendants' Response to Plaintiffs' Objections to Magistrate Judge Freeman's January 18, 2011 Order Compelling the Production of Plaintiffs' Internal Communications "Referring to LimeWire" (unredacted version); and

- Declaration of Mary Eaton, dated February 18, 2011 (unredacted version) and Exhibits 8-9, 12-16, and 18-19 attached thereto.

These documents contain material that has been designated by Plaintiffs and Defendants as Confidential-Attorney's Eyes Only under the Amended Protective Order and/or its predecessor.

1

Accordingly, Defendants respectfully request that the above-listed document be maintained under seal until further order of this Court.

Dated: February 22, 2011

        Respectfully Submitted,

        WILLKIE FARR & GALLAGHER LLP

        /s/ Mary Eaton
        Mary Eaton (meaton@willkie.com)
        787 Seventh Avenue
        New York, New York  10019
        Phone:  (212) 728-8000
        Fax:  (212) 728-8111

        *Attorneys for Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

To:

Glenn D. Pomerantz
Munger, Tolles & Olson LLP
355 South Grande Avenue, 35th Floor
Los Angeles, CA 90071