UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants | 06 Civ. 05936 (KMW) <br> ECF CASE |

**DECLARATION OF SUSAN T. BOYD IN SUPPORT OF PLAINTIFFS' OPENING MEMORANDUM REGARDING STATUTORY DAMAGES ON A "PER-TRACK" BASIS**

I, Susan T. Boyd , hereby declare as follows:

1.     I am an associate at the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs.  I make this Declaration in support of Plaintiffs' Opening Memorandum Regarding Statutory Damages on a "Per-Track" Basis.  The contents of this Declaration are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

13187645.1

- 2 -

    2.    Attached hereto as Exhibit 1 is a true and correct copy of a screen shot I printed from the iTunes store.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of a screen shot I printed from the iTunes store.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of a document submitted as Exhibit 50 to the Declaration of Katherine B. Forrest, dated July 18, 2008, submitted in support of Plaintiffs motion for partial summary judgment submitted July 18, 2008 (Doc. No. 75).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 22, 2010
       San Francisco, CA

                                            */s/Susan T. Boyd*
                                             Susan T. Boyd