SUBJECT TO PROTECTIVE ORDER

FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | ECF Case <br><br> 06 CV 5936 (KMW) |

**DECLARATION OF PAUL W. HORAN IN SUPPORT OF DEFENDANTS' RESPONSE TO NON-PARTY GOOGLE, INC.'S OBJECTIONS TO MAGISTRATE JUDGE FREEMAN'S JANUARY 31, 2011 ORDER COMPELLING THE PRODUCTION OF INTERNAL AND EXTERNAL COMMUNICATIONS.**

I, Paul W. Horan, declare as follows:

1.     I am a member of the bar of this court and an attorney with the law firm of

Willkie Farr & Gallagher LLP.  This law firm represents Lime Group LLC, Lime Wire LLC,

Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership (collectively, "Defendants") in

the above-captioned action.

6386896.1

2.      I have personal knowledge of the facts set forth below.  I submit this Declaration in support of Defendants' Response to Non-Party Google, Inc.'s Objections to Magistrate Judge Freeman's January 31, 2011 Order Compelling the Production of Internal and External Communications.

3.      A true and correct copy of the subpoena served on Google, Inc. ("Google") dated September 23, 2010 by Defendants (the "Subpoena") is attached hereto as Exhibit A.

4.      A true and correct copy of an e-mail dated October 18, 2010 sent by me to Google's in-house counsel is attached hereto as Exhibit B.

5.      A true and correct copy of Google's objections to the Subpoena dated October 5, 2010 is attached hereto as Exhibit C.

6.      A true and correct copy of Defendants' December 10, 2010 motion to compel (the "Motion") Google to produce documents, with exhibits, is attached hereto as Exhibit D.

7.      A true and correct copy of a Google's January 6, 2011 letter in opposition to the Motion, with exhibits, is attached hereto as Exhibit E.

8.      A true and correct copy of Defendants' January 14, 2011 letter in support of the Motion, with exhibits, is attached hereto as Exhibit F.

9.      A true and correct copy of Defendant's January 14, 2011 supplemental letter in further support of the their subpoenas served on non-parties, with exhibits, is attached hereto as Exhibit G.

10.     A true and correct copy of an e-mail dated February 2, 2011 sent by me to counsel to Google is attached hereto as Exhibit H.

6386896.1

11.    A true and correct copy of an e-mail dated February 4, 2011 sent by counsel to Google to me is attached hereto as Exhibit I.

12.    A true and correct copy of an e-mail dated February 7, 2011 sent by me to counsel to Google  is attached hereto as Exhibit J.

13.    A true and correct copy of an Order from the United State District Court for the Central District of California dated January 19, 2011 is attached hereto as Exhibit K.

14.    I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.


February 24, 2011 in New York, NY

_Paul W H_

Paul W. Horan