**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------x
ARISTA RECORDS LLC; ATLANTIC)    ECF CASE
RECORDING CORPORATION;    )
BMG MUSIC; CAPITOL RECORDS, ) 06 Civ. 05936 (GEL)
INC.; ELEKTRA ENTERTAINMENT )
GROUP INC.; INTERSCOPE    )
RECORDS; LAFACE RECORDS LLC;)
MOTOWN RECORD COMPANY, L.P.;)
PRIORITY RECORDS LLC; SONY  )
BMG MUSIC ENTERTAINMENT;    )
UMG RECORDINGS, INC.; VIRGIN)
RECORDS AMERICAN, INC.; and )
WARNER BROS. RECORDS INC.,  )
                 )
            Plaintiffs,)
                 )
   -against-         )
                 )
LIME WIRE LLC; LIME GROUP  )
LLC; MARK GORTON; GREG     )
BILDSON; and M.J.G. LIME   )
WIRE FAMILY LIMITED        )
PARTNERSHIP,               )
          Defendants.)
---------------------------x
February 9, 2011
9:23 a.m.


 VIDEOTAPED DEPOSITION of CHRISTOPHER CONNELLY,
a witness on behalf of Plaintiffs in the
above-captioned matter, taken by Defendants, held
at the offices of Willkie Farr & Gallagher, LLP,
787 Seventh Avenue, New York, New York, before
Eileen Mulvenna, CSR/RMR, Certified Shorthand
Reporter, Registered Merit Reporter and Notary
Public of the State of New York.

A P P E A R A N C E S:


RECORDING INDUSTRY ASSOCIATION OF AMERICA

Attorneys for Plaintiffs

    1025 F Street, N.W.

    Washington, D.C.  20004

BY:   JENNIFER L. PARISER, ESQ.

    jpariser@riaa.com


WILLKIE FARR & GALLAGHER, ESQS.

Attorneys for Defendants

    787 Seventh Avenue

    New York, New York  10019

BY:   AMINA JAFRI, ESQ.

    ajafri@willkie.com

    FARA S. SUNDERJI, ESQ.

    fsunderji@willkie.com


A L S O  P R E S E N T:


    DEVERELL RIGHT, Videographer

1

2      Q.     From June 2004 until 2010, what were

3      your responsibilities at MediaSentry?

4      A.     To support and develop applications

5      that communicated over the peer-to-peer networks

6      to obtain information.

7      Q.     What were some of your daily tasks?

8      A.     Supporting a software system.

9      Q.     Did you have any supervisory

10     authority or managerial authority?

11     A.     At some points, yes.

12     Q.     Can you describe when that occurred?

13     A.     During the time that we were

14     purchased by SafeNet, I was a team lead and I had

15     developers that reported to me.

16     Q.     When was the company purchased by

17     SafeNet?

18     A.     2006, June, I believe.

19     Q.     And what were your responsibilities

20     as team lead?

21     A.     To help design and architect the

22     software system and instruct other developers to

23     fill in the details.

24     Q.     Can you describe the software system

25     that you were architecting at that point?

1

2      A.     It's a data-collection platform to

3   collect information from peer-to-peer networks.

4      Q.     Do you know if that software system

5   is still in use?

6      A.     Yes, it is.

7      Q.     Was it one of your responsibilities

8   at MediaSentry to collect evidence of copyright

9   infringement?

10     A.     Yes.

11     Q.     And when did that become a

12   responsibility?

13     A.     From the moment I started, 2004.

14     Q.     Is it still a responsibility now?

15     A.     Yes.

16     Q.     What percentage of your time is

17   spent on tasks relating to the collection of

18   evidence for copyright infringement?

19     A.     That is the primary purpose of my

20   role at the company.

21     Q.     Would you say upwards of 90 percent?

22     A.     Yes.

23     Q.     Can you list some of the MediaSentry

24   and Peer Media Technologies' clients?

25          MS. PARISER:  Hold on.

1

2       was first retained in this matter?

3               MS. PARISER:  Objection to form,

4           "this matter."

5               MS. JAFRI:  In the matter -- in the

6           above-captioned matter in which we are

7           conducting this deposition.

8               MS. PARISER:  Objection to form,

9           foundation.

10      A.      I don't know the exact date for this

11      specific case.

12      Q.      Who initially told you that you

13      would be working on collecting data from Lime

14      Wire for this case?

15              MS. PARISER:  Objection to form,

16          foundation.

17      A.      The data collected for this case was

18      initially collected for the case of litigation

19      for individual users.  It was later used for this

20      case.

21      Q.      And who told you that you would be

22      working on the data collection for those

23      individual users that you just referred to?

24      A.      My first supervisor when I

25      immediately started working for the company.

1

2      and determine whether or not they likely matched

3      the original request, a series of filters.

4          Q.     When you referred to search terms a

5      moment ago, was the search term a song title?

6          A.     Yes.

7          Q.     Would a search term be the entire

8      song title?

9          A.     Possibly.

10         Q.     Were there instances where the

11     search term would just be part of a song title?

12         A.     Yes.

13         Q.     How was it decided whether the

14     search term would be the entirety of the title or

15     part of a title?

16         A.     It was determined by the customer

17     support people that were entering the terms.

18     They were provided the list of works that we

19     would cover, and they would determine, possibly

20     by doing sample searches over the networks, to

21     determine what terms would likely yield the best

22     results.

23         Q.     Were there other search terms used

24     besides song titles?

25         A.     Yeah.  We had other clients, so for

1

2    particular information?

3        A.    In order to review the results and

4    determine all of the files that were infringing

5    the copyrights.

6        Q.    Does the fact that a particular song

7    exists in a shared directory indicate that the

8    song has ever been shared?

9            MS. PARISER:  Objection to form.

10       A.    As part of this process, the file

11   would be shared with MediaSentry.

12       Q.    Does the fact that a particular song

13   exists in a shared directory indicate that that

14   song has been shared by -- with anyone else

15   besides MediaSentry?

16           MS. PARISER:  Objection to form.

17       A.    Specifically with the Gnutella

18   network and Lime Wire, I don't believe so; but in

19   other networks -- or no, that information is not

20   shared outside.  It's not shared to the people

21   requesting it.  It may be displayed on the user's

22   computer, how many requests were made, but it's

23   not -- it's not shared.  So the answer is no.

24       Q.    So is it possible for a user to have

25   a file on his or her shared directory that was

1

2    Q.    Do you know Andrew Kemkie [ph]?

3    A.    Yes.

4    Q.    Is he with the company now?

5    A.    No.  He recently left.

6    Q.    How recently?

7    A.    A couple of months ago.  I think it

8    was around the holidays.

9    Q.    And what was his role with the

10   company when he was there?

11   A.    He was the customer support

12   representative.

13   Q.    And what's the job of a customer

14   support representative?

15   A.    He would be the one to enter the

16   search terms into the database along with any

17   other configuration that the software needed for

18   the specific data collection needs of a client,

19   and he would also interface with the customers to

20   provide any information that they needed, reports

21   or whatever it may be.

22   Q.    Were the search terms generated by

23   the customer support employees?

24   A.    I believe they had modified them.

25   I'm not sure if -- an initial list may have even

1

2    been provided to them and they worked on it from

3    there, but I do know that they had been informed

4    as to what those search terms were.

5         Q.    Where would that initial list have

6    been provided from if it was not generated by the

7    customer support employees?

8         A.    It would have been generated by

9    customer support if it was not provided by the

10   client.

11        Q.    So you're not clear on whether it

12   came from the clients or if it came from customer

13   support?

14        A.    The data that was collected in these

15   cases, no.

16        Q.    How many songs were downloaded in

17   total for the project that is described in

18   Exhibit 2?

19        A.    Well, again, the project was a data-

20   collection platform that was specifically

21   collecting data for evidence question for

22   litigation cases and was later used for this

23   case.  And I'm not aware of how large the subset

24   is, but this data was collected from the

25   litigation cases.  And I don't know the exact

1

2      Q.    How much time was spent reviewing

3   the data and preparing your witness statement?

4      A.    Couple days.  Maybe a day or two,

5   three days.

6      Q.    And when were you told to review the

7   data and prepare the witness statement?

8      A.    I think it was in September 2000 --

9      Q.    Of what year?

10      A.    2010.

11      Q.    The first sentence of the last

12   paragraph of your statement says, "Once the data

13   collection process was completed, a manual review

14   of all downloaded song recordings was performed

15   within MediaSentry before providing the data to

16   the plaintiffs."

17            Can you describe that manual review

18   process?

19      A.    Somebody would listen to each one of

20   the files to ensure that they are a playable

21   sound recording and to the best of their ability

22   ensure that it is the song that it is named.

23   Although they're not experts, so it's possible

24   that they may be off, but they would catch

25   obvious cases of that.

1

2    Q.    Who undertook this manual review?

3    A.    There was a team of people that did

4    it.

5    Q.    How large was that team?

6    A.    At the time it was probably around

7    five people or so.

8    Q.    And was it a full-time endeavor for

9    those five individuals to do this manual review,

10   or were they working on other projects at the

11   same time?

12   A.    They were likely working on other

13   projects at the same time.

14   Q.    How much time were they devoting to

15   the manual review of this project?

16   A.    I don't know.

17   Q.    Can you guess?

18   A.    Not really --

19   Q.    How much time did the manual review

20   take in total?

21   A.    For each case?  I would say a few

22   minutes.

23   Q.    Does that mean a few minutes per

24   song, or were you referring to something

25   different there?

1

2      Q.    And if two individuals took the same

3  song -- strike the question.

4           If two individuals took a song off

5  of the same CD and ripped it on two different

6  computers, what would cause the hash values to

7  differ?  What would those factors be?

8      A.    Potentially different hardware,

9  software or settings.

10     Q.    In undertaking the download project

11 described in Exhibit 2, was it your testimony

12 earlier that MediaSentry reviewed the shared

13 folders of various users to see what files they

14 were sharing?

15     A.    Yes.

16     Q.    Did MediaSentry undertake any

17 process to determine how many times those files

18 had been shared with users other than

19 MediaSentry?

20     A.    No.

21          MS. PARISER:  Objection.  Asked and

22     answered.

23     Q.    Would there be any way to undertake

24 such a process?

25          MS. PARISER:  Same objection.

Connelly, Christopher (Vol. 01)  2/11/2011  12:00:00 AM

1

2      A.    No.

3      Q.    Are you familiar with virtual

4    private networks?

5      A.    Yes.

6      Q.    Can you describe how a virtual

7    private network works?

8      A.    It enables a user to join a network

9    remotely and register their computer onto that

10   network.

11     Q.    Are you familiar with Citrix?

12     A.    To some extent.

13     Q.    Can you describe generally how

14   Citrix works?

15     A.    That it allows users to remotely log

16   on to a network.  It's very similar in that

17   sense.

18     Q.    If there's a virtual private network

19   in place in New York that allows people outside

20   of New York to log in, where does the IP address

21   originate from?

22     A.    From the -- New York.  From the

23   network that the user is VPN'd, connected into.

24     Q.    If someone is running a VPN server,

25   is it possible to determine where that individual