UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>        Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

## CERTIFICATE OF SERVICE

                 Glenn D. Pomerantz (*pro hac vice*)
                 Kelly M. Klaus (*pro hac vice*)
                 Melinda E. LeMoine
                 Susan Traub Boyd (*pro hac vice*)
                 Jonathan H. Blavin (*pro hac vice*)
                 Munger, Tolles & Olson, LLP
                 355 South Grand Avenue
                 Los Angeles, CA 90071
                 (213) 683-9100

                 *Attorneys for Plaintiffs*

March 2, 2011

13290216.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, copies of the below listed documents were served on the following either via the Court's ECF system or (if Confidential) by email per the parties' agreement:

**REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' OWNERSHIP OR CONTROL OF THE WORKS AT ISSUE [UNDER SEAL];**

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSES TO RULE 56.1 STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP [UNDER SEAL];**

**REPLY DECLARATION OF JOAN CHO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP [UNDER SEAL]; and**

**DECLARATION OF ALASDAIR MCMULLAN IN SUPPORT OF REPLY TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' OWNERSHIP OR CONTROL OF THE WORKS AT ISSUE [UNDER SEAL]**

Joseph T. Baio, Esq.
Thomas J. Meloro, Esq.
Tariq Mundiya, Esq.
Mary Jane Eaton, Esq.
Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Telephone: 212-728-8000
Fax: 212-728-8111
Email: jbaio@willkie.com
Email: tmeloro@willkie.com
Email: tmundiya@willkie.com
Email: meaton@willkie.com
Email: tcosenza@willkie.com

                                               */s/Robyn E. Bird*
                                                Robyn E. Bird

13290216.1