
Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/11
```

January 19, 2011

Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 15B
New York, New York 10007-1312



Re:   Arista Records LLC et al v. Lime Wire LLC et al
      Case No. 1:06-cv-05936-KMW-DCF

Dear Judge Wood:

I write to request that my name be removed from the above-captioned action. Your Honor granted this firm's motion to withdraw.

Thank you for your consideration.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Michael S. Sommer

SO ORDERED: 2-28-11

/s/ Kimba M. Wood
Honorable Kimba M. Wood, USDJ