UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                                        Plaintiffs,<br><br>                v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                                        Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

**PLAINTIFFS' NOTICE OF MOTIONS AND PLAINTIFFS' MOTIONS TO PRECLUDE CERTAIN PURPORTED EXPERT TESTIMONY**

 

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Susan T. Boyd (*pro hac vice*)
Jonathan H. Blavin *(pro hac vice)*
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*Attorneys for Plaintiffs*

Date: March 2, 2011

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as counsel may be heard before the Honorable Kimba M. Wood in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York, all Plaintiffs in Case No. 06 Civ. 05936 ("Plaintiffs") will and hereby do move the Court pursuant to the Federal Rules of Evidence, this Court's Orders, and the Local Rules of the Southern District of New York, for the following relief:

- Plaintiffs' Motion to Preclude Certain Purported Expert Testimony by Emin Gün Sirer
- Plaintiffs' Motion to Preclude Certain Purported Expert Testimony by George Strong
- Plaintiffs' Motion to Preclude Certain Purported Expert Testimony by Aram Sinnreich

PLEASE TAKE FURTHER NOTICE that these Motions are based on this Notice of Motions, Motions, the accompanying Memoranda of Law, the Declarations of Melinda E. LeMoine and Kelly M. Klaus, along with all accompanying evidence attached and cited therein, any Reply Memorandum in support, the court records and files, and upon such other evidence and argument that may be offered at the hearing on the Motion.

Dated:  March 2, 2011                    Respectfully submitted

                                                      */s/ Melinda E. LeMoine*
                                                         Melinda E. LeMoine

                                               Attorney for Plaintiffs
                                               Munger, Tolles & Olson LLP
                                               355 South Grand Avenue, 35th Floor
                                               Los Angeles, CA 90071-1560
                                               (213) 683-9100
                                               (213) 687-3702 (Fax)