UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | 06 Civ. 05936 (KMW) <br> ECF CASE |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL**

                               Glenn D. Pomerantz *(pro hac vice)*
                               Kelly M. Klaus *(pro hac vice)*
                               Melinda E. LeMoine
                               Jonathan H. Blavin *(pro hac vice)*
                               Munger, Tolles & Olson LLP
                               355 South Grand Avenue
                               Los Angeles, CA 90071
                               (213) 683-9100
                               *Attorneys for Plaintiffs*

Date: March 2, 2011

NOTICE TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Pursuant to the Amended Protective Order entered in this action on January 6, 2011, Plaintiffs hereby move this Court to place under seal, until further order of this Court, the following document:

- Exhibits 1 and 2 to the Declaration of Melinda E. LeMoine in Support of Plaintiffs' Motion to Preclude Certain Purported Expert Testimony by George Strong

The above-referenced documents contain detailed information Plaintiffs have designated "Restricted Confidential -- Outside Attorney's Eyes Only." For example, information in these documents reflects confidential information regarding particular plaintiffs' digital revenues produced in this litigation. This information is of a kind not ordinarily made public, and could cause competitive harm if made part of the public record. For this reason, Plaintiffs ask the Court to maintain these documents under seal.

- Exhibits 3 and 5-8 to the Declaration of Melinda E. LeMoine in Support of Plaintiffs' Motion to Preclude Certain Purported Expert Testimony by George Strong
- Memorandum of Law in Support of Plaintiffs' Motion to Preclude Certain Purported Expert Testimony of Emin Gün Sirer
- Exhibits 1-5 to the Declaration of Kelly M. Klaus in Support of Plaintiffs' Motion to Preclude Certain Purported Expert Testimony by Emin Gün Sirer

The above-referenced documents contain material that has been designated by Defendants or third parties (e.g., the NPD Group) as either Confidential or Confidential-Attorney's Eyes Only under the Amended Protective Order, a copy of which is on file with the Court (Dkt. 400). Paragraph 15 of the Amended Protective Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only material to the Court to file such material under seal to protect it from disclosure. Plaintiffs are simultaneously electronically filing a

1

version of the above-referenced Memoranda of Law that narrowly redacts only that material the Protective Order requires Plaintiffs to keep confidential.

Plaintiffs will include this Motion in the Letter Your Honor directed the parties to submit by March 11 collecting all of the requests for under seal treatment that have been filed since January 14.

Dated:  March 2, 2011                                            Respectfully submitted

                                                           *s/ Melinda E. LeMoine*
                                                             Melinda E. LeMoine

                                              Attorney for Plaintiffs
                                              Munger, Tolles & Olson LLP
                                              355 South Grand Avenue, 35th Floor
                                              Los Angeles, CA 90071-1560
                                              (213) 683-9100
                                              (213) 687-3702 (Fax)