# EXHIBIT 9

1                    ARAM A. SINNREICH, PH.D.

2       UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
3
        ----------------------------------------x
4       ARISTA RECORDS LLC; ATLANTIC
        RECORDING CORPORATION; ARISTA MUSIC,      Civil Action No.
5       fka BMG MUSIC; CAPITOL RECORDS, INC.;     06 CV 5936(KMW)(DF)
        ELEKTRA ENTERTAINMENT GROUP INC.;
6       INTERSCOPE RECORDS; LAFACE RECORDS LLC;
        MOTOWN RECORD COMPANY, L.P.; PRIORITY
7       RECORDS LLC; SONY MUSIC ENTERTAINMENT,
        fka SONY BMG MUSIC ENTERTAINMENT; UMG
8       RECORDINGS, INC.; VIRGIN RECORDS
        AMERICA, INC.; and WARNER BROS.
9       RECORDS INC.,

10                          Plaintiffs,

11          vs.

12      LIME GROUP LLC; LIME WIRE LLC; MARK
        GORTON; GREG BILDSON; and M.J.G.
13      LIME WIRE FAMILY LIMITED PARTNERSHIP,

14                          Defendants.

15      ----------------------------------------x

16            CONTAINS CONFIDENTIAL PORTIONS

17

18                     February 11, 2011

19                         9 a.m.

20              Videotaped deposition of ARAM A.
        SINNREICH, Ph.D., pursuant to subpoena, at the
21      offices of Cowan Liebowitz & Latman, 1133 Avenue
        of the Americas, New York, New York, before
22      Nancy Mahoney, a Certified Court Reporter,
        Registered Professional Reporter, Certified
23      LiveNote Reporter, and Notary Public within and
        for the States of New York and New Jersey.

24

25

CONTAINS CONFIDENTIAL PORTIONS
ARAM A. SINNREICH, Ph.D. - 2/11/2011

```
 1                    ARAM A. SINNREICH, PH.D.
 2  09:31:18     Q.     Okay.  As you sit here today, do
 3  09:31:20  you consider yourself qualified to opine about
 4  09:31:22  whether or not a statistical methodology is
 5  09:31:26  valid and reliable?
 6  09:31:28     A.     Well, it depends on the -- how
 7  09:31:28  esoteric the methodology is, but for standard
 8  09:31:32  methodologies, absolutely.
 9  09:31:34     Q.     And what are -- what do you
10  09:31:34  consider standard statistical methodologies?
11  09:31:38     A.     Well, among the ones that we talked
12  09:31:40  about, so there -- correlation regression
13  09:31:44  cluster analysis, the -- the use of
14  09:31:50  stochastically determined distributions and
15  09:31:54  understanding the behaviors of populations, the
16  09:31:56  evaluation of survey instruments and other
17  09:31:58  statistical instruments in producing reliable
18  09:32:02  data, the use of statistic software in order to
19  09:32:12  perform mathematical operations on the data set.
20  09:32:14                I'd -- I'd say that's a short list.
21  09:32:18     Q.     What would you consider outside of
22  09:32:20  the area of your expertise on statistics and the
23  09:32:24  reliability of statistical methodologies?
24  09:32:26     A.     Well, for example, there's a
25  09:32:28  technique called multi-varied analysis, that's
```

CONTAINS CONFIDENTIAL PORTIONS
ARAM A. SINNREICH, Ph.D. - 2/11/2011

```
 1                    ARAM A. SINNREICH, PH.D.
 2  11:58:38 description of the total market.
 3  11:58:44      Q.     You also look at video games, and
 4  11:58:48 you say video game console and game sales nearly
 5  11:58:52 trimmed between 2000 and 2008, growing from $8
 6  11:58:56 billion to $24.1 billion --
 7  11:58:58              MR. OLLER:  21.4.
 8  11:59:00      Q.     -- 21.4.  I'm sorry.
 9  11:59:02              And you cite an NPD group study for
10  11:59:08 that?
11  11:59:08      A.     Correct.
12  11:59:08      Q.     Is there any other basis for these
13  11:59:10 numbers that you reference in your report?
14  11:59:16      A.     NP -- no, but NPD is considered to
15  11:59:20 be the premier provider of market figures
16  11:59:22 related to that industry.
17  11:59:24              And, in fact, I believe they're the
18  11:59:24 ones that are used by the trade associations'
19  11:59:28 publications.
20  11:59:30      Q.     So you consider them to be a
21  11:59:30 reliable --
22              A.     Very.
23  11:59:32      Q.     -- source of data?
24  11:59:32      A.     Yes.
25  11:59:34      Q.     Have you relied on them in your own
```

CONTAINS CONFIDENTIAL PORTIONS
ARAM A. SINNREICH, Ph.D. - 2/11/2011

```
 1                    ARAM A. SINNREICH, PH.D.
 2   11:59:38  research and analysis?
 3   11:59:38      A.     Yes.
 4   11:59:46      Q.     Okay.  So here you mention an
 5   11:59:48  eight-year span of time between 2000 and 2008.
 6   11:59:52             Do you know what was happening with
 7   11:59:54  the video game market between 2000 to 2008?
 8   11:59:56      A.     Yes.
 9   11:59:56      Q.     Okay.  Can you describe generally
10   11:59:58  what course it took?
11   12:00:00      A.     There was a new generation of
12   12:00:04  consoles released during that time period in the
13   12:00:08  middle of the decade that spurred a renewed
14   12:00:12  consumer interest in purchasing software and
15   12:00:18  peripherals.
16   12:00:18             There was also a growth in online
17   12:00:22  gaming, both what's known as hardcore gaming via
18   12:00:28  games like World of Warcraft which, at its
19   12:00:32  apogee, had something like 11 or 12 million
20   12:00:34  simultaneous users, and -- through casual
21   12:00:40  gaming, which is not included, I believe, in
22   12:00:40  these figures and accounts for another several
23   12:00:44  billion dollars in consumer expenditures and
24   12:00:46  revenues.
25   12:00:48      Q.     What do you mean by casual gaming?
```

CONTAINS CONFIDENTIAL PORTIONS
ARAM A. SINNREICH, Ph.D. - 2/11/2011

```
 1                    ARAM A. SINNREICH, PH.D.
 2  17:15:49              THE VIDEOGRAPHER:   This concludes
 3  17:15:51  today's testimony of Aram Sinnreich.   The time
 4  17:15:55  on the record is 5:15 p.m.   This also concludes
 5  17:15:58  tape number six.
 6  17:16:00
 7  17:16:01              (Time noted: 5:15 p.m.)
 8  17:16:01
 9
10                  _____
11                    ARAM A. SINNREICH, Ph.D.
12
13
14
15        Subscribed and sworn to before me
16        this _____ day of _____, 2011.
17
18        _____
19                  Notary Public
20
21
22
23
24
25
```

CONTAINS CONFIDENTIAL PORTIONS
ARAM A. SINNREICH, Ph.D. - 2/11/2011

```
1                   C E R T I F I C A T E
2      STATE OF NEW YORK    )
3                          : ss.
4      COUNTY OF NEW YORK   )
5
6             I, NANCY MAHONEY, a Certified Court
7      Reporter, Registered Professional Reporter,
8      Certified LiveNote Reporter, and Notary Public
9      within and for the States of New York and New
10     Jersey, do hereby certify:
11            That ARAM A. SINNREICH, Ph.D., the
12     witness whose deposition is hereinbefore set
13     forth, was duly sworn by me and that such
14     deposition is a true record of the testimony
15     given by the witness.
16            I further certify that I am not
17     related to any of the parties to this action by
18     blood or marriage, and that I am in no way
19     interested in the outcome of this matter.
20            IN WITNESS WHEREOF, I have hereunto
21     set my hand this 15th day of February 2011.
22
23
24            _____
                NANCY MAHONEY, CCR/RPR
25
```