UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                            Plaintiffs,<br><br>        v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                           Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

**CERTIFICATE OF SERVICE**

                            Glenn D. Pomerantz (*pro hac vice*)
                            Kelly M. Klaus (*pro hac vice*)
                            Melinda E. LeMoine
                            Jonathan H. Blavin (*pro hac vice*)
                            Susan Traub Boyd (*pro hac vice*)
                            Hailyn J. Chen (*pro hac vice*)
                            Munger, Tolles & Olson, LLP
                            355 South Grand Avenue
                            Los Angeles, CA 90071
                            (213) 683-9100

                            *Attorneys for Plaintiffs*

March 8, 2011

12210206.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2011, copies of the below listed documents were served on the following either via the Court's ECF system or (if Confidential) by email per the parties' agreement:

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM ASSERTING PRIVILEGE OVER COMMUNICATIONS WITH FRED VON LOHMANN OR THE ELECTRONIC FRONTIER FOUNDATION [SEALED]**

Joseph T. Baio, Esq.
Thomas J. Meloro, Esq.
Tariq Mundiya, Esq.
James C. Dugan, Esq.
Mary Jane Eaton, Esq.
Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Telephone: 212-728-8000
Fax: 212-728-8111
Email: jbaio@willkie.com
Email: tmeloro@willkie.com
Email: tmundiya@willkie.com
Email: jdugan@willkie.com
Email: meaton@willkie.com
Email: tcosenza@willkie.com

                              */s/Robyn E. Bird*
                              Robyn E. Bird

12210206.1