UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>                Plaintiffs,<br>    v.<br><br>LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                Defendants. | ECF Case<br><br>06 CV 5936 (KMW)(DF) |

## DEFENDANTS' NOTICE OF MOTION
## AND MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019
Phone: (212) 728-8000

*Attorneys for Defendants*

NOTICE TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

On motion of the parties, the Court entered an Amended Stipulation and Protective Order on January 6, 2011 (the "Amended Protective Order"), a copy of which is on file with the Court (Dkt. 400). Information produced by a party may be designated under the terms of the Protective Order if it believes in good faith that it reflects proprietary information which is not generally known, or if the party has a good faith belief that such materials are particularly sensitive. *See* Protective Order ¶¶ 1, 16. Paragraph 15 of the Protective Order requires a party submitting Confidential, Confidential-Attorney's Eyes Only, or Restricted Confidential- Outside Attorneys' Eyes Only material to the Court to file such material under seal to protect it from disclosure.

Pursuant to the Amended Protective Order, Defendants Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership (collectively, "Defendants") hereby move this Court to place under seal, until further order of this Court, the following documents:

- Defendants' Brief in Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony of Aram Sinnreich (unredacted version); and

- Exhibits D, E, F, G, H, I, J, K, O, and P attached to the Declaration of John Oller, dated March 8, 2011.

These documents contain material that has been designated by Plaintiffs as Confidential, Restricted Confidential- Attorney's Eyes Only, or Restricted Confidential- Outside Attorney's Eyes Only under the Amended Protective Order and/or its predecessor.

1

Accordingly, Defendants respectfully request that the above-listed document be maintained under seal until further order of this Court.

Dated: March 8, 2011

                                         Respectfully Submitted,

                                         WILLKIE FARR & GALLAGHER LLP

                                         John Oller (joller@willkie.com)
                                         787 Seventh Avenue
                                         New York, New York  10019
                                         Phone:  (212) 728-8000
                                         Fax:  (212) 728-8111

                                         *Attorneys for Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

To:

Glenn D. Pomerantz
Munger, Tolles & Olson LLP
355 South Grande Avenue, 35th Floor
Los Angeles, CA 90071

2