# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/11

March 8, 2011

WRITER'S DIRECT LINE
(213) 683-9171
(213) 683-4071 FAX
Melinda.LeMoine@mto.com

VIA FACSIMILE (212) 805-7900

The Honorable Kimba M. Wood
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

# MEMO ENDORSED

Re:  Arista Records LLC et al. v. Lime Wire LLC et al.,
     Case No. 06 CV 5936 (KMW)

Dear Judge Wood:

I write on behalf of both Plaintiffs and Defendants, who jointly request a brief extension of two dates in the current pretrial schedule. (Dkt. No. 488, Feb. 22, 2011). The current schedule sets Monday, March 14 as the date that the parties are to exchange witness lists, exhibit lists, and deposition designations. The parties ask to extend that date to Friday, March 18. The parties have jointly agreed to exchange jury instructions on that date as well. To accommodate this change and allow for a meaningful meet-and-confer period, the parties also ask the Court to extend the date for filing the Pretrial Order by one week, from Friday, March 25 until Friday, April 1.

*Requests Granted. KMW*

The parties ask for this extension for two principal reasons. First, as the Court knows, the parties have agreed to a mediation scheduled for this Friday, March 11. In light of the intervening mediation, the parties need some additional time to complete their exhibit lists, witness lists, and deposition designations. Second, the parties wish to extend the time to file the Pretrial Order to accommodate this change in schedule, to allow sufficient time for the parties to

MUNGER, TOLLES & OLSON LLP

Hon. Kimba M. Wood
March 8, 2011
Page 2

exchange their objections to each other's exhibit lists, deposition designations, and jury instructions, and to meet and confer on those objections. With this extension of time, the parties hope to eliminate objections before the Pretrial Order is filed, and thus narrow the issues the Court must resolve.

Sincerely,

Melinda E. LeMoine

13386093.1

SO ORDERED:   3 - 8 - 11

KIMBA M. WOOD
U. S. D. J.