UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,                                     06 CV 5936 (KMW)

                          Plaintiffs,                                          ORDER

      -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                          Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

      On March 10, 2011, Defendants submitted a supplemental letter regarding the album versus track issue currently pending before the Court.

      Plaintiffs shall submit a response by Tuesday, March 15, 2011, at 12:00 p.m. Any reply shall be submitted by Wednesday, March 16, 2011, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       March 11, 2011

                                                   Kimba M. Wood
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/11