```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,                        06 CV 5936 (KMW)

                                                  ORDER
                    Plaintiffs,

       -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                    Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

   Since January 14, 2011, both parties have moved to file numerous documents under seal, based on the parties' prior stipulation not to file, publicly, documents each designates as confidential. (See Dkt. Entry No. 400.) On March 11, 2011, the parties submitted letter briefs outlining in detail their pending motions to file under seal, and offering a detailed explanation of the rationale for filing any potion of any document under seal. After a review of the parties' submissions, the Court orders the following:

   1. Because Defendants have withdrawn all their motions to file under seal (see Defendants' March 11, 2011 Letter to the Court), the Court orders Defendants to file unredacted copies of all documents listed in the following motions to file under seal: Docket Entry Numbers 498, 513, 617, 620, and 623.

2. Because Plaintiffs have withdrawn their motion to file under seal the documents filed as Docket Entry Number 408 (see Plaintiffs' March 11, 2011 Letter to the Court), the Court orders Plaintiffs to file unredacted copies of those documents.

3. The Court grants the motions to file under seal the documents listed in Docket Entry Numbers: 407, 423, 440, 465 (with the exception of Exhibits 7 and 8), 525, 534, 545, 566, 575, 584, 587, 591, 599, 612, 627.

4. Judge Freeman will entertain the following motions to file under seal: Docket Entry Numbers 393, 395.

The Clerk of Court shall reflect that the following pending motions to file under seal have been decided pursuant to this order: Docket Entry Numbers 525, 534, 545, 566, 575, 584, 587, 591, 599, 612, 627.

SO ORDERED.

Dated: New York, New York
March 18, 2011

Kimba M. Wood
United States District Judge