UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>                            Plaintiffs,<br>v.<br><br>LIME GROUP LLC; LIME WIRE LLC; MARK GORTON; GREG BILDSON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                            Defendants. | ECF Case<br><br>06 CV 5936 (KMW)(DF) |

## NOTICE OF MOTION

Please take notice that, upon Defendants' Memorandum of Law in Support of Their Motion for Partial Summary Judgment On the Issue of Prior Judgments Against Direct Infringers, the accompanying Rule 56.1 Statement, the Declaration of Rita D. Mitchell dated March 18, 2011, and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Kimba M. Wood, in Courtroom 15B of the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order, pursuant to Fed. R. Civ. P. 56, granting Defendants Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family

6452405.1

Limited Partnership partial summary judgment on the issue of prior judgments against direct infringers.

The undersigned certify that they were granted leave to bring this motion pursuant to a March 11, 2011 order of this Court.

DATED: March 18, 2011                    WILLKIE FARR & GALLAGHER LLP

By: _____M. Eaton._____

Mary Eaton

787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)
tmundiya@willkie.com

*Attorney for Lime Group LLC, Lime Wire LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership*

To:

Glenn D. Pomerantz
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071