UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,                                    06 CV 5936 (KMW)

                                                                 ORDER
                    Plaintiffs,

           -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                    Defendants.
-----------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

   The Court orders the following matters with respect to scheduling:

1. The pretrial order (which shall include any objection to trial exhibits, witness lists, and deposition designations) shall be submitted by Monday, April 4, 2011, at 5:00 p.m. The pretrial order need not include the items described in "Number 2".

2. The Plaintiffs shall submit their final list of sound recordings (final versions of Schedule A and Schedule B) by Friday, April 18, at 5:00 p.m.

3. The parties shall appear in Court for a pretrial conference on Thursday, April 21, 2011, at 12:30 p.m. The parties shall be available on Monday, April 25, Tuesday, April 26, and Wednesday, April 27 in the event that those days are needed for the pretrial conference.

SO ORDERED.

           Dated:   New York, New York
           March 18, 2011

                                                    /s/ Kimba M. Wood
                                                    Kimba M. Wood
                                                    United States District Judge