```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and
WARNER BROS. RECORDS INC.,                          06 CV 5936 (KMW)

                                                         ORDER

                              Plaintiffs,

              -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                              Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

       This Order replaces the Scheduling Order previously issued in this case on March 18,
2011 (Dckt. No. 636), which is hereby withdrawn.

       The Court orders the following matters with respect to scheduling:

   1. The pretrial order (which shall include any objection to trial exhibits, witness lists, and
      deposition designations) shall be submitted by Monday, April 4, 2011, at 5:00 p.m.  The
      pretrial order need not include the items described in "Number 2".

   2. The Plaintiffs shall submit their final list of sound recordings (final versions of Schedule
      A and Schedule B) by Friday, April 15, at 5:00 p.m.

   3. The parties shall appear in Court for a pretrial conference on Thursday, April 21, 2011, at
      12:30 p.m.  The parties shall be available on Monday, April 25, Tuesday, April 26, and
      Wednesday, April 27 in the event that those days are needed for the pretrial conference.

SO ORDERED.

              Dated:    New York, New York
              March 28, 2011

                                                    _Kimba M. Wood_
                                                    Kimba M. Wood