UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br>                                    Plaintiffs, <br><br>               v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br>                                    Defendants. | 06 Civ. 05936 (KMW) <br> ECF CASE |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL**

                              Glenn D. Pomerantz *(pro hac vice)*
                              Kelly M. Klaus *(pro hac vice)*
                              Melinda E. LeMoine
                              Jonathan H. Blavin *(pro hac vice)*
                              Munger, Tolles & Olson LLP
                              355 South Grand Avenue
                              Los Angeles, CA 90071
                              (213) 683-9100
                              *Attorneys for Plaintiffs*

Date: April 4, 2011

NOTICE TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Pursuant to the Amended Protective Order entered in this action on January 6, 2011, Plaintiffs hereby move this Court to place under seal, until further order of this Court, the following document:

- Plaintiffs' Trial Brief (confidential, unredacted version)

The above-referenced document contains material that has been designated by Defendants or other third parties as either Confidential or Confidential-Attorney's Eyes Only under the Amended Protective Order, a copy of which is on file with the Court (Dkt. 400). Paragraph 15 of the Amended Protective Order requires a party submitting Confidential or Confidential-Attorney's Eyes Only material to the Court to file such material under seal to protect it from disclosure. Plaintiffs are simultaneously electronically filing a version of this document that narrowly redacts only that material the Protective Order requires Plaintiffs to keep confidential.

Dated: April 4, 2011     Respectfully submitted

                                            */s/ Kelly M. Klaus*
                                             Kelly M. Klaus

Attorney for Plaintiffs
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
(213) 687-3702 (Fax)