UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | 06 Civ. 05936 (KMW) <br> ECF CASE |

**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* #3 TO EXCLUDE EVIDENCE
AND ARGUMENT CONCERNING CERTAIN NON-PARTIES' INVOCATION OF THE
FIFTH AMENDMENT PRIVILEGE AGAINST SELF-INCRIMINATION**

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Jonathan H. Blavin *(pro hac vice)*
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*Attorneys for Plaintiffs*

Date: April 6, 2011

13635980.1

I, Kelly M. Klaus, hereby declare as follows:

1.  I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine #3 to Exclude Evidence and Argument Concerning Certain Non-Parties' Invocation of the Fifth Amendment Privilege Against Self Incrimination. The contents of this Declaration are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the March 28, 2008 deposition of Kevin Faaborg.

3.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the December 10, 2010 deposition of Kevin Faaborg.

4.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the April 12, 2008 deposition of Christine Nicponski.

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the March 29, 2008 deposition of David Nicponski.

6.  Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the February 7, 2011 deposition of Mark Gorton.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Kevin Faaborg (filed Nov. 23, 2010).

8.  Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Defendants' Response to Statement of Material Facts and Additional Material Facts Pursuant to Local Rule 56.1(b) (filed Sept. 26, 2008).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  April 6, 2011
   Los Angeles, CA

                   */s/ Kelly M. Klaus*
                    Kelly M. Klaus

- 3 -

13635980.1