USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and            06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                  ORDER
                    Plaintiffs,

         -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                    Defendants.
-------------------------------------------------------------x

KIMBA M. WOOD, U.S.D.J.:

   Plaintiffs propose a number of lengthy voir dire questions that the Court would like to discuss at the first pretrial conference, to be held on Tuesday, April 14, 2011, at 10:00 a.m. Counsel are requested to provide to the Court, by 5:00 p.m. on Monday, April 11, answers to the following questions:

   1.   Do Defendants object to any of Plaintiffs' voir dire questions?

   2.   If so, as to each, do Defendants have alternative wording they propose?

   3.   What kind of knowledge and/or use of the Internet does each party believe should result in an excuse for cause?

   4.   What instruction(s) does each party believe should be given to the jurors before the Court elicits their views on the lawfulness of certain practices, and whether they have engaged in certain practices?

SO ORDERED.

Dated: New York, New York
       April 7, 2011

_____
Kimba M. Wood
United States District Judge