USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and                    06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                                             ORDER
                   Plaintiffs,

    -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                   Defendants.
------------------------------------------------------------------x

       The first pretrial conference will be held on Thursday, April 14, 2011, at 10:00 a.m. The parties shall be prepared to discuss all of their motions in limine. The Court may discuss more in depth:

1. Plaintiffs' Motion in Limine to Preclude Defendants from Asserting Privilege Over Communications with Fred Von Lohmann or the Electronic Frontier Foundation

2. Plaintiffs' Motion in Limine to Preclude Evidence or Argument that other Illegal Services would have Induced Infringement of Plaintiffs' Copyrights had LimeWire Not

3. Defendants' Motion in Limine to Preclude Certain References to the Court's Statements, Opinions, or Conclusions in the May 25, 2010 Opinion and Order Granting Summary Judgment

       The parties shall also be prepared to discuss their proposed voir dire.

1

2

Finally, counsel shall submit to the Court by 5:00 p.m. on Wednesday, April 13, 2011, a description of any other cases where a plaintiff's claim for statutory damage awards under the Copyright Act has gone to a jury, including the caption, date, and judge for each case.

SO ORDERED.

Dated: New York, New York
April 12, 2011

_____
Kimba M. Wood
United States District Judge