UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,<br><br>                              Plaintiffs,<br><br>            v.<br><br>LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,<br><br>                              Defendants. | 06 Civ. 05936 (KMW)<br>ECF CASE |

**PLAINTIFFS' NOTICE OF MOTION AND PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING PRIOR SETTLEMENT DISCUSSIONS**

 

                                                                 Glenn D. Pomerantz *(pro hac vice)*
                                                                  Kelly M. Klaus *(pro hac vice)*
                                                                  Melinda E. LeMoine
                                                                    Blanca F. Young (*pro hac vice*)
                                                                    Munger, Tolles & Olson LLP
                                                                    355 South Grand Avenue
                                                                    Los Angeles, CA 90071
                                                                    (213) 683-9100
                                                                    *Attorneys for Plaintiffs*

Date: April 14, 2011

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as counsel may be heard before the Honorable Kimba M. Wood in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York, all Plaintiffs in Case No. 06 Civ. 05936 ("Plaintiffs") will and hereby do move the Court pursuant to the Federal Rules of Evidence, this Court's Orders, and the Local Rules of the Southern District of New York, for the following relief:

- Plaintiffs' Motion *In Limine* to Preclude Evidence or Argument Concerning Prior Settlement Discussions

PLEASE TAKE FURTHER NOTICE that this separate Motion is filed at the request of the Court for technical filing purposes, and it is based on the original Notice of Motion, Motion, Memoranda of Law, and Declaration of Melinda E. LeMoine filed herein on February 25, 2011, along with all accompanying evidence attached and cited therein, any Reply Memorandum in support, the court records and files, and upon such other evidence and argument that may be offered at the hearing on the Motion.

Dated:  April 14, 2011               Respectfully submitted

                                       */s/ Melinda E. LeMoine*
                                         Melinda E. LeMoine

                                       Attorney for Plaintiffs
                                       Munger, Tolles & Olson LLP
                                       355 South Grand Avenue, 35th Floor
                                       Los Angeles, CA 90071-1560
                                       (213) 683-9100
                                       (213) 687-3702 (Fax)