**MUNGER, TOLLES & OLSON LLP**

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

April 18, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/11

WRITER'S DIRECT LINE
(213) 683-9171
(213) 683-4071 FAX
Melinda.LeMoine@mto.com

VIA FACSIMILE (212) 805-7900

The Honorable Kimba M. Wood
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Arista Records LLC et al. v. Lime Wire LLC et al.*,
    Case No. 06 CV 5936 (KMW)

Dear Judge Wood:

Plaintiffs respectfully request to have until 5:00 P.M. today to submit their final list of sound recordings, which is otherwise due to the Court at noon. Plaintiffs have spoken to Defendants, and they do not object to this brief extension. Plaintiffs have been working steadily to finalize the lists, but need the additional time to finish incorporating the information called for by Your Honor's Order on individual track availability dated April 4, 2011.

]Granted

Sincerely,

Melinda E. LeMoine /lb

Melinda E. LeMoine

Enclosure

cc: Tariq Mundiya, Esq.

SO ORDERED:  N.Y., N.Y.
4/18/11

KIMBA M. WOOD
U.S.D.J.