USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ARISTA RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ARISTA MUSIC, fka BMG
MUSIC; CAPITOL RECORDS, INC; ELEKTRA
ENTERTAINMENT GROUP INC; INTERSCOPE
RECORDS; LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY MUSIC ENTERTAINMENT, fka SONY
BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,
INC; VIRGIN RECORDS AMERICA, INC.; and                    06 CV 5936 (KMW)
WARNER BROS. RECORDS INC.,

                                 ORDER
                  Plaintiffs,

    -against-

LIME GROUP LLC; LIME WIRE LLC; MARK
GORTON; GREG BILDSON; and M.J.G. LIME WIRE
FAMILY LIMITED PARTNERSHIP,

                  Defendants.
------------------------------------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

      Plaintiffs have moved *in limine* to preclude Defendants from asserting privilege over communications with Fred von Lohmann or other attorneys at the Electronic Frontier Foundation ("EFF"). (See Dkt. Entry No. 694.)

      At a pretrial conference held on April 14, 2011, the Court directed Defendants to make Von Lohmann available for a deposition. On April 21, 2011, Defendants submitted two declarations, one from Von Lohmann and one from another attorney at EFF. However, Defendants have not yet made Von Lohmann available for Plaintiffs to depose.

      Plaintiffs shall have the opportunity to depose Von Lohmann, if possible, on this coming Monday, April 25, 2011.

The parties shall be prepared to discuss the status of this matter with the Court at the pretrial conference beginning on Tuesday, April 26, 2011.

SO ORDERED.

Dated: New York, New York
April 22, 2011

/s/ Kimba M. Wood
Kimba M. Wood
United States District Judge