UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/11
```

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,

        Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,

        Defendants.

06 Civ. 05936 (KMW)(DF)
ECF CASE

## STIPULATION AND [PROPOSED] ORDER
## RESOLVING REMAINING OWNERSHIP DISPUTES

Joseph T. Baio, Esq.
Tariq Mundiya, Esq.
Mary J. Eaton, Esq.
Todd Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
(212) 728-8000
*Attorneys for Defendants*

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Susan T. Boyd *(pro hac vice)*
Munger, Tolles & Olson, LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*Attorneys for Plaintiffs*

April 12, 2011

WHEREAS, on March 30, 2011, this Court resolved Plaintiffs' Motion for Partial Summary Judgment as to Ownership, narrowing the disputed works at issue to 207 remaining tracks; and

WHEREAS, the Court gave Plaintiffs the opportunity to present additional evidence as to their ownership of those 207 tracks; and

WHEREAS, Plaintiffs presented the additional evidence to Defendants in advance of submitting it to the Court; and

WHEREAS, the parties seek to eliminate issues this Court must resolve, so Plaintiffs and Defendants have met and conferred and determined that certain of the remaining disputed works are no longer disputed, obviating the need for Plaintiffs to submit the additional evidence to the Court;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. Defendants do not dispute Plaintiffs' ownership of the tracks at issue on the attached Schedule A, totaling 9,715 post-1972 copyrighted works; and

2. Defendants do not dispute Plaintiffs' ownership of the tracks at issue on the attached Schedule B, totaling 1,489 pre-1972 works;

3. Defendants do not dispute that Plaintiffs owned the works on Schedules A and B at all relevant times in this lawsuit.

4. This stipulation resolves only the issue of ownership of the works on Schedules A and B, and is without prejudice to the parties' respective positions on the applicability of Section 412 of the Copyright Act.

| | |
|---|---|
| Joseph T. Baio, Esq. | Glenn D. Pomerantz (*pro hac vice*) |
| Tariq Mundiya, Esq. | Kelly M. Klaus (*pro hac vice*) |
| Mary J. Eaton, Esq. | Melinda E. LeMoine |
| Todd Cosenza, Esq. | Susan T. Boyd (*pro hac vice*) |
| Willkie Farr & Gallagher LLP | Munger, Tolles & Olson, LLP |
| 787 Seventh Avenue | 355 South Grand Avenue |
| New York, N.Y. 10019-6099 | Los Angeles, CA 90071 |
| (212) 728-8000 | (213) 683-9100 |

*Attorneys for Defendants*  *Attorneys for Plaintiffs*

/s/ Tariq Mundiya                    /s/ Melinda E. LeMoine

SO ORDERED.

Date: 4-21-11

/s/ Kimba M. Wood
U.S.D.J.