USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS LLC fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,

Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,

Defendants.

06 Civ. 05936 (KMW)
ECF CASE

## ORDER GRANTING INTERNET CONNECTIVITY AND REMOTE REAL TIME TRANSCRIPT FEEDS THROUGH COURTROOM CONNECT FOR DURATION OF TRIAL

Glenn D. Pomerantz *(pro hac vice)*
Kelly M. Klaus *(pro hac vice)*
Melinda E. LeMoine
Blanca F. Young *(pro hac vice)*
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
*Attorneys for Plaintiffs*

Date: April 22, 2011

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in this matter with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on Monday, May 2, 2011. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties or the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED:

Dated:

4 - 25 , 2011

/s/ Kimba M. Wood
United States Judge Kimba M. Wood

Counsel shall contact the District Executive, Mr. Ed Friedland, to coordinate the above-referenced arrangements (212-805-0500).