SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARISTA RECORDS LLC;      Plaintiff,
ATLANTIC RECORDING

06  cv  5936  (KM)

- against -

LIME GROUP LLC; LIME     Defendant.
WIRE LLC; MARK GORTON;

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __Jacqueline M. Russo__ attorney for __Fred von Lohmann and Electronic Frontier Foundat__ and said sponsor attorney's affidavit declaration that applicant __Andrew P. Bridges__ is a member in good standing of the bar(s) of the state(s) of __California, Georgia__;

and that applicant's contact information is as follows (please print):

Applicant's Name: Andrew P. Bridges
Firm Name: Winston & Strawn LLP
Address: 101 California Street, 39th Floor
City/State/Zip: San Francisco/California/94111
Telephone/Fax: (415) 591-1482
Email Address: abridges@winston.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Fred von Lohmann and Electronic Frontier Foundation__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Andrew P. Bridges__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 4/27/2011
City, State: New York, New York

*Cecelia M. Word* (signature)
United States District/~~Magistrate Judge~~ Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006