**MEMO ENDORSED**

## MUNGER, TOLLES & OLSON LLP

365 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

---

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

April 26, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11

WRITER'S DIRECT LINE
(415) 512-4019
(415) 644-6919 FAX
Blanca.Young@mto.com

VIA FACSIMILE (212) 805-7900

The Honorable Kimba M. Wood
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Arista Records LLC et al. v. Lime Wire LLC et al.*,
 Case No. 06 CV 5936 (KMW)

Dear Judge Wood:

I write pursuant to our discussion with your courtroom deputy requesting permission to set up equipment in Courtroom 18-B for the May 2, 2011 trial. Pursuant to your Deputy's instructions, we will arrive to set up the equipment discussed below on Friday, April 29, at 12:00 p.m.

Jesse Stevenson, a consultant retained by the Plaintiffs, will be responsible for setting up the equipment. A white Chevy van from Aquipt with Pennsylvania license plate number YSD1393 or YPV9611, driven by Heath Rock or Ryan Knecht, will arrive at the Courthouse with equipment shortly before 12:00 p.m. With the Court's permission, Messrs. Stevenson, Rock, and Knecht will deliver the equipment to the Courtroom via the Courthouse loading dock.

MUNGER, TOLLES & OLSON LLP

Hon. Kimba M. Wood
April 26, 2011
Page 2

        Mr. Stevenson and his colleagues will be bringing the following into the Courthouse:

2 LCD Monitors
1 Sanyo PLC-XP100L Projector
1 Projector Bulb for Sanyo PLC-XP100L
1 7.5'x10' Fastfold Screen (150")
1 6 channel mixer
1 DaLite Projectostand (25"x17")
1 Wolfvision Visualizer VZ-8 Plus (Digital ELMO)
1 Projector stand (25"x17")
2 6-in x 1-out VGA Switch
1 1-in x 6-out VGA DA
1 Anchor Speakers (1 Pair)
2 CAP-1 Computer Audio Patch (Mono)
2 Tech Table (18"x60") w/skirt
2 Printers/Fax With Toner
All required cables, adapters, extension cords, surge protectors & gaffers tape

        We respectfully request that Your Honor "So Order" this letter to allow Mr. Stevenson and his colleagues to bring in the above-listed equipment into the Courthouse and to set it up in the Courtroom.

Sincerely,

Blanca Young

Enclosure

cc: Tariq Mundiya, Esq. (via facsimile)

13849735.1

SO ORDERED: N.Y., N.Y.
4/28/11

_____
KIMBA M. WOOD
U.S.D.J.