**MEMO ENDORSED**

**WILLKIE FARR & GALLAGHER** LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11
```

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 28, 2011

**VIA ELECTRONIC MAIL**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Arista Records LLC, et al. v. Lime Wire LLC, et al.*, No. 06 Civ. 5936 (KMW)

Dear Judge Wood:

As per our discussion with your courtroom deputy, I write requesting permission to move certain documents into the Courthouse in advance of the May 3, 2011 trial in the above-referenced case.

Nicholas Kassiotis and Dwayne Johnson, couriers with Axis Global, will move approximately forty boxes of documents into the courthouse on Friday, April 29, 2011, at 11:00 a.m. They will be driving a Mitsubishi truck with New York license plate number 33049KA and marked with the Axis Global logo in green and blue. They will be accompanied by Avani Shah, Philip George, Nathan Ford, and Matthew Sorensen. With the Court's permission, the documents will be delivered to the Courtroom via the Courthouse loading dock and freight elevator.

We respectfully request that Your Honor "So Order" this letter and pass the above-mentioned information on to the District Executive's office so that we may receive the appropriate authorization.

Sincerely,

Avani Shah

cc:    Glenn Pomerantz (via email)

SO ORDERED:  4-28-11  N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.

NEW YORK   WASHINGTON   PARIS   LONDON   MILAN   ROME   FRANKFURT   BRUSSELS
in alliance with Dickson Minto W.S., London and Edinburgh