```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ARISTA RECORDS, LLC, et al,

                      Plaintiffs,

    -against-                                      06 CV 5936 (KMW)
                                              ORDER

LIME WIRE, LLC, et al

                      Defendants.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      Because the parties settled this case after prospective jurors reported to the courthouse for jury selection, the parties are jointly and severally liable for paying $2400 in jury costs incurred. These costs are to be equally apportioned between the parties. Payments are to be made payable to the Clerk, United States District Court, Southern District of New York.

      SO ORDERED.

Dated: New York, New York

      May 23, 2011

                                                             /s/ Kimba M. Wood

                                                           KIMBA M. WOOD

                                                  UNITED STATES DISTRICT JUDGE