```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.,

                    Plaintiffs,

v.

LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP,

                    Defendants.

06 CV 5936 (KMW)(DF)

ECF Case

**ORDER CLOSING CASE**

## ORDER CLOSING CASE

PURSUANT TO THE TERMS OF THE CONSENT JUDGMENT ENTERED IN THIS ACTION AND THE SETTLEMENT AGREEMENT AND MUTUAL RELEASE AMONG THE PARTIES, IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED ACTION IS CLOSED.

The Consent Judgment remains in full force and effect. The Court shall retain jurisdiction to enforce the Consent Judgment, and the terms of the Settlement Agreement and Mutual Release, which are incorporated therein.

The Consent Permanent Injunction entered in this action also remains in full force and effect. The Court shall retain jurisdiction to enforce the Consent Permanent Judgment.

IT IS SO ORDERED.

**The Clerk of Court is directed to close this case. Any pending motions are moot.**

Dated: May 23, 2011

_____
HON. KIMBA M. WOOD
United States District Judge

Respectfully submitted by:

_____
Glenn D. Pomerantz
Munger, Tolles & Olson LLP
Attorney for Plaintiffs
335 South Grand Avenue
Los Angeles, CA 90071
glenn.pomerantz@mto.com