

200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700
www.winston.com

May 26, 2011

**BY HAND**

Ruby J. Krajick
Clerk of the Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

      Re:    *Arista Records LLC et al v. Lime Wire LLC et al*
             06-CV-5936 (KM)

Dear Ms. Krajick:

      This firm represents Fred von Lohmann and the Electronic Frontier Foundation in the above-referenced matter. On April 27, 2011, District Judge Wood entered an Order granting *pro hac vice* admission to Andrew P. Bridges. In accordance with the Court's Rules for *pro hac vice* admission by oral motion, enclosed please find Mr. Bridges's original Certificates of Good Standing from the State of Georgia and the State of California. Accordingly, we request that Mr. Bridges's name be added to the docket for the above-referenced case.

      Should you have any questions, please do not hesitate to contact me at (212) 294-3273.

                                  Respectfully Submitted,

                                  Jacqueline Russo

Enclosures

≈SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/28/11 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARISTA RECORDS LLC;    Plaintiff,
ATLANTIC RECORDING

06 cv 5936 (KM)

- against -

LIME GROUP LLC; LIME    Defendant.
WIRE LLC; MARK GORTON;

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __Jacqueline M. Russo__ attorney for
__Fred von Lohmann and Electronic Frontier Foundat__ and said sponsor attorney's affidavit
declaration that applicant __Andrew P. Bridges__ is a member in good standing of
the bar(s) of the state(s) of __California, Georgia__ ;
and that applicant's contact information is as follows (please print):

Applicant's Name: Andrew P. Bridges
Firm Name: Winston & Strawn LLP
Address: 101 California Street, 39th Floor
City/State/Zip: San Francisco/California/94111
Telephone/Fax: (415) 591-1482
Email Address: abridges@winston.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
__Fred von Lohmann and Electronic Frontier Foundation__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Andrew P. Bridges__, is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 4/27/2011
City, State: New York, New York

*[signature]*
United States District/~~Magistrate Judge~~ Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Mr. Andrew P. Bridges
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/18/1984 |
| **BAR NUMBER:** | 080850 |
| **TODAY'S DATE:** | 05/18/2011 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court of Georgia, which is the highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brandy Cleghorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ∎ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ∎ (800) 330-0446
FAX (229) 382-7435

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617           TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 29, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW PHILLIP BRIDGES, #122761 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records