UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; ARISTA MUSIC, fka BMG MUSIC; CAPITOL RECORDS, LLC, fka CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY MUSIC ENTERTAINMENT, fka SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC; LIME GROUP LLC; MARK GORTON; and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br> Defendants. | 06 CV 5936 (KMW)(DF) <br><br> ECF Case <br><br> **NOTICE OF SATISFACTION OF MONEY JUDGMENT** |

## NOTICE OF SATISFACTION OF MONEY JUDGMENT

On May 12, 2011, the parties executed a Settlement Agreement and Mutual Release ("Settlement Agreement") embodied in a Consent Judgment entered by the Court.  The Settlement Agreement and Consent Judgment provided for monetary payments to Plaintiffs in the amount of $100,000,000.  The payment obligations have been satisfied in full.  Therefore, satisfaction of the monetary judgment is hereby acknowledged.  The Consent Permanent Injunction remains in effect.

Dated: September 16, 2011

Respectfully submitted by:

*/s/  Glenn D Pomerantz*_____
Glenn D. Pomerantz
Munger, Tolles & Olson LLP
Attorney for Plaintiffs
355 South Grand Avenue
Los Angeles, CA  90071
glenn.pomerantz@mto.com